**Exhibit "2"**

```
Message-ID: 4XN01C9C90FD4D00052235213826@dmcagateway.com
Bcc: [REDACTED]
To: <CoxDMCA@cox.net>
Subject: Notice of Claimed Infringement [Case No. 52235213826]
Date: Mon, 20 Feb 2023 10:30:33 +0100
Content-Type: text/plain;
        charset="utf-8"
Content-Transfer-Encoding: quoted-printable

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA256

Notice of Claimed Infringement


Notice ID: 52235213826
Notice Date: 2023-02-20 09:30:33


Dear Sir or Madam:

This message is sent on behalf of After Ever Happy Productions Ltd.=2E

Under penalty of perjury, I assert that=C2=A0PML Process Management Ltd. =
is authorized to act on behalf of the owner of the exclusive copyrights =
that are alleged to be infringed herein=2E

After Ever Happy Productions Ltd. owns the copyrights to the movie After =
Ever Happy. The unauthorized download and distribution of this file by =
your IP address constitutes copyright infringement.=20

Please see below details for the infringements:=20

Protocol: BITTORRENT
Infringed Work: After Ever Happy
Infringing FileName: After Ever Happy (2022) [1080p] [WEBRip] [5.1] =
[YTS.MX]
Infringing FileSize:=C2=A01873162572
Infringer's=C2=A0IP=C2=A0Address: 70.161.172.138
Infringer's Port: 34307
Initial Infringement Timestamp: 2023-02-19 00:03:57

And, you=E2=80=99re also creating a security risk on your computers, =
devices and networks when you download unauthorized movies or allow others =
to do so from your Internet connection=2E
   =20
We respectfully ask that you stop infringing and redistributing After Ever =
Happy Productions Ltd. copyright protected content, and take the proper =
steps to secure your Internet so that others do not infringe and =
```

```
redistribute our content as well.=20
 =20
We have a good faith belief that use of the copyrighted material detailed =
above is not authorized by the copyright owner, its agent, or the law.  In =
addition, we have a good faith subjective belief that the use does not =
constitute fair use. The information in this notice is accurate and we =
state, under penalty of perjury, that we are authorized to act on behalf =
of the owner of the copyright that is allegedly infringed. This letter is =
not a complete statement of After Ever Happy Productions Ltd.=E2=80=99s =
rights in connection with this matter, and nothing contained herein =
constitutes an express or implied wavier of any rights or remedies of =
After Ever Happy Productions Ltd. in connection with this matter, all of =
which are expressly reserved=2E

We appreciate your assistance and thank you for your cooperation in this =
matter=2E
=20
Respectfully,

/Thomas Nowak/
Thomas Nowak
PML Process Management Ltd=2E
███████████████████████
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus




<?xml version=3D"1.0" encoding=3D"UTF-8"?>
<Infringement>
        <Case>
                <ID>52235213826</ID>
        </Case>
        <Complainant>
                <Entity>After Ever Happy Productions Ltd.</Entity>
                <Contact>Thomas Nowak</Contact>
                <Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023
Cyprus</Address>
                <Email█████████████████████</Email>

        </Complainant>
        <Service_Provider>
                <Entity>Cox Communications</Entity>
                <Address>1400 Lake Hearn Drive, Atlanta, GA 30319, US</Address>
                <Phone>+1-404-269-7626</Phone>
                <Email>CoxDMCA@cox.net</Email>
        </Service_Provider>
```

```
        <Source>
                <TimeStamp>2023-02-19T00:03:57Z</TimeStamp>
                <IP_Address>70.161.172.138</IP_Address>
                <Port>34307</Port>
                <Type>BitTorrent</Type>
        </Source>
        <Content>
                <Item>
                        <Title>After Ever Happy</Title>
                        <FileName>After Ever Happy (2022) [1080p] [WEBRip] [5.1] =
[YTS.MX]</FileName>
                        <FileSize>1873162572</FileSize>
                        <Type>Movie</Type>
                        <Hash
Type=3D"SHA1">592361C3D5CBE24B0C19D9A448F9EE7EE015FB1F</Hash>
                </Item>
        </Content>
</Infringement>
-----BEGIN PGP SIGNATURE-----
```



```
-----END PGP SIGNATURE-----
```