May 22, 2023

Honorable J Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2023

at ___1___ o'clock and __30__ min. _P_ M
CLERK, U.S. District Court**

From: Internet Subscriber of Cox Communication, LLC and CoxComm LLC
Re: Civil Action No. MC 23-00263 JMS-WRP
I.P. Address: 50.159.108.38 – Las Vegas, NV
CCed: Cox Communication, Inc Subpoena Compliance Office

Dear Honorable J Michael Seabright:

On May 6, 2023 I received a subpoena to have Cox Communication, Inc. release information about IP address: 50.159.108.38 referenced as Civil Action No. MC 23-00263 JMS-WRP

My wife, children and I reside in Las Vegas NV and we are submitting an objection to having our information released to Voltage Holdings. I understand it was advised by Cox to have an attorney to assist but we do not have the means to afford one. I am currently on disability and receiving government aid. Our internet service through Cox is provided through the government Affordable Connectivity Program because our household is below 200% of the Federal Poverty Guidelines.

We received a notice from Cox Communications stating someone using Cox High Speed Internet service has violated U.S. Copyright law. Upon receipt from Cox, we learned since installing our Wi-Fi router, the device that allows us to connect our household to internet services, we had an unprotected open network. We erroneously forgot to add a password to our Wi-Fi and found out our internet service was open for anyone to use. This mistake was allowing everyone in our neighborhood to use our internet.

I spoke with my wife, children and looked at our computer. The item in question on the subpoena is not anywhere to be found on our computer. We have added a password to hopefully prevent this from happening ever again. If you would require, we could mail you our computer or hard drive for inspection so long as it would be sent back prior to August 2023 as our children need it for school to access classroom assignments.

Appropriately I am asking to have this motion quashed or dismissed and I am objecting to having my personal information released. We do not have the ability to travel and address you directly and cannot afford an attorney to represent us in this matter so we are praying this is received at your highest court and taken in the upmost consideration.

Sincerely,

*/s/ John Doe/*

I.P Address: 50.159.108.38 – Las Vegas, NV
Re: Civil Action No. MC 23-00263 JMS-WRP

**Received By Mail
Date 5/24/2023**