

ORIGIN ID:VGTA  (404) 269-0100
IP ADDRESS 50.159.108.38
COX INC. SUBPOENA COMPLIANCE
6205 B. PEACHTREE

LAS VEGAS, NV 89129
UNITED STATES US

SHIP DATE: 22MAY23
ACTWGT: 0.50 LB
CAD: 105603653/INET4610

BILL SENDER

TO  HONORABLE J MICHAEL SEABRIGHT
US DISTRICT COURT OF HAWAII
300 ALA MOANA BLVD
RM C-338
HONOLULU HI 96850
(808) 541-3089   REF:
INV:
PO:                         DEPT:



FedEx Express

FedEx
TRK# 7722 1927 8781
0201

WED – 24 MAY PM
PRIORITY OVERNIGHT

DSF
96850
HI-US  HNL

EXP 11/23



#4854299 05/23 583J3/28C3/FE2D

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 24 2023
DISTRICT OF HAWAII

