CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC,
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena | **Case No.:** 1:23-mc-263-JMS-WRP |
| | (Copyright) |
| Internet subscribers of Cox | |
| Communications, LLC and CoxCom | CERTIFICATE OF SERVICE |
| LLC | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on <u>May 30, 2023</u> and by the methods of

service noted below, a true and correct copy of the Opposition [Doc. #6] and Order

[Doc. #5] were served to the following:

<u>Via First Class Mail</u>
*Service per Rule 5(b)(2)(D)*
Internet Subscriber at IP address 50.159.108.380

20-023Ga

c/o Clerk of Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

<u>Via First Class Mail</u>
Corporation Service Co.
Agent for Cox Communications LLC and CoxCom LLC
251 Little Falls Drive
Wilmington, DE 19808

DATED: Kailua-Kona, Hawaii, May 30, 2023.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
<u>Kerry S. Culpepper</u>

Attorney for Petitioners
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com
Attorney for Petitioners

20-023Ga