CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC,
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena )<br>)<br>Internet subscribers of Cox )<br>Communications, LLC and CoxCom )<br>LLC )<br>)<br>)<br>) | **Case No.:** 1:23-mc-263-JMS-WRP<br>(Copyright)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>Aug 31, 2023</u> and by the methods of service noted below, a true and correct copy of the Finding and Recommendation [Doc. #8] were served to the following:

<u>Via First Class Mail</u>
Corporation Service Co.
Agent for Cox Communications LLC and CoxCom LLC

1

20-023Ga

251 Little Falls Drive
Wilmington, DE 19808

DATED: Kailua-Kona, Hawaii, Aug. 31, 2023.

        CULPEPPER IP, LLLC

        /s/ Kerry S. Culpepper
        <u>Kerry S. Culpepper</u>

        Attorney for Petitioners
        CULPEPPER IP, LLLC
        75-170 Hualalai Road, Suite B204
        Kailua-Kona, Hawaii 96740
        Telephone: (808) 464-4047
        Facsimile: (202) 204-5181
        E-Mail: kculpepper@culpepperip.com
        Attorney for Petitioners

20-023Ga