**Exhibit "1"**

 Support

Support Search

# Understanding Cox Hotspots

Share or Print This Article

   

## Details

Cox Hotspots provides access to four million WiFi hotspots nationwide for all Cox Internet customers at no additional charge.

- You can take Cox Internet with you when you leave home.
- Cox Hotspots provide fast, wireless, on-the-go internet connectivity for your tablet, smartphone, or other WiFi-enabled devices.
- Access more than four million hotspots to help you save on your wireless data plan.

## Availability

Cox Hotspots are available in all Cox markets at the following outdoor and indoor venues. Find locations near you at our Cox Hotspots page.

- Central business districts where people often eat, shop, and socialize
- Waiting areas in professional small and medium size businesses
- Residential multi-dwelling unit (MDU) common areas, including the pool area, lobby, and recreational playground and parks
- Cox Retail Stores

For all Cox customers who may travel outside of their home area and want to access a WiFi hotspot, CableWiFi is available by a partnering cable provider.

CableWiFi is a wireless network name created through a collaboration of U.S. Cable & Internet Service Providers including Cox Communications, Optimum, Spectrum, and XFINITY. It allows each other's eligible Internet customers free access to a collective network of WiFi hotspots across the nation.

## Access

To access and use Cox Hotspots, see Signing In to Cox Hotspots. You can connect to our hotspots using the following types of WiFi-enabled devices:

- Laptops using Windows or Mac operating systems
- Tablets using iOS, Android, or Windows 8 operating systems
- Smartphones using iOS, Android, Windows 8, or Blackberry operating systems

See our Cox Hotspots page for more information and to view the coverage map. It also includes CableWiFi hotspots.

## Additional Questions and Answers

View frequently asked questions related to the following topics for Cox Hotspots.

**Can I opt-out from having my device broadcasting the CoxWiFi Hotspot?**

You can decide whether or not to allow CoxWiFi Hotspot to broadcast from your device. See Changing the Cox WiFi Hotspot Opt In / Opt Out Status for instructions on how to manage these settings in your Cox Business MyAccount.

**How many devices can I use at the same time with Cox Hotspots?**

With Cox Hotspots, three devices can be attached per user ID and ten per account at a time.

**Can other members of my family use Cox Hotspots?**

Yes. With each Cox Internet account, you can have up to ten unique devices connected to Cox Hotspots. Up to three devices can be connected at the same time per user ID.

Feedback

#### How will customers access Cox Hotspots?

Once customers are in an area where they can connect to Cox Hotspots, they should see the CoxWiFi network location in the list of available wireless networks on their wireless device. Customers must use their Cox User ID and Password to log in to Cox Hotspots. Once authenticated, they will be able to browse the internet as they would from home.

#### Am I able to use Cox Hotspots outside of my service area?

Cox Hotspots are available in select areas within the Cox service footprint. Customers traveling to these service areas may also use Cox Hotspots.

**Note**: Cox is planning to expand the coverage available to our customers in the near future.

#### Will I have to sign in to the CoxWiFi SSID each time I access a Hotspot?

Cox will recognize your device on any hotspot for two years. For your security, you will be asked to sign in again to verify your username and password at least once every two years per hotspot, or if you access Cox Hotspots on a different device.

#### Is the Cox Hotspots network secure?

Cox makes reasonable efforts to provide a secure service, but because this service is a wireless service, we strongly recommend you make sure any devices you connect are first protected by anti-virus / anti-malware software, and that your operating system firewall is turned on to provide additional protection. Cox cannot guarantee absolute security through Cox Hotspots.

#### How can I get support for Cox Hotspots?

Click one of the following links for additional support.

- Residential customer support
- Cox Business customer support

#### How do I disconnect my device from the Cox Hotspots network?

If you are signed in to Cox Hotspots and wish to disconnect, you will need to temporarily disable WiFi on your wireless device and wait for approximately 15 minutes. WiFi can usually be disabled and re-enabled by using a menu option or key press combination. Details vary depending on the type of device you are using, so consult the device manufacturer documentation for more information.

**Note**: Cox Hotspots will remember your device for two years, so the next time you connect during that timeframe your device will automatically connect to the CoxWiFi SSID.

Feedback

## Search for More Articles

Support Search

 Post a Question ›

 Tweet @CoxHelp ›

 Browse Forums ›

 Contact Cox ›

Case 1:23-cv-00426-JMS-WRP   Document 10-2   Filed 09/11/23   Page 4 of 4   PageID.79

| | | |
|---|---|---|
| Shop | Common Tasks | Help |
| About Us | More | Companies |
| Follow Us | Legal | Privacy |

Limit the Use of My Sensitive Personal Information (CA Consumers)
Do Not Sell or Share My Personal Information

© 1998 - 2023 Cox Communications, Inc.

Feedback