CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC,
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena ) <br> ) <br> Internet subscribers of Cox ) <br> Communications, LLC and CoxCom ) <br> LLC ) <br> ) <br> ) <br> _____ ) | **Case No.:** 1:23-mc-263-JMS-WRP <br> (Copyright) <br> <br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2023 and by the methods of service noted below, a true and correct copy of the foregoing served to the following:

<u>Via First Class Mail</u>
*Service per Rule 5(b)(2)(D)*
John Doe
c/o Clerk of Court

1

20-023Ga

District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

<u>Via First Class Mail</u>
Corporation Service Co.
Agent for Cox Communications LLC and CoxCom LLC
251 Little Falls Drive
Wilmington, DE 19808

DATED: Kailua-Kona, Hawaii, Sept. 11, 2023.

       CULPEPPER IP, LLLC


       /s/ Kerry S. Culpepper
       <u>Kerry S. Culpepper</u>

Attorney for Petitioners
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Petitioners

2

20-023Ga