COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX 7520-0
jcox@cfhawaii.com
ABIGAIL M. HOLDEN 8793-0
aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

WINSTON & STRAWN LLP
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
JGolinveaux@winston.com
THOMAS J. KEARNEY (*pro hac vice* forthcoming)
TKearney@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000

Attorneys for Non-Parties
COX COMMUNICATIONS, LLC
and COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-mc-263-JMS-WRP<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTIES COX COMMUNICATIONS, LLC AND COXCOM LLC; CERTIFICATE OF SERVICE<br><br>Honorable J. Michael Seabright |

**NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTIES COX COMMUNICATIONS, LLC AND COXCOM LLC**

Abigail M. Holden, of the law firm of Cox Fricke LLP, A Limited Liability Law Partnership, hereby gives notice of her appearance as counsel for Non-parties Cox Communications, LLC and CoxCom LLC in the above-referenced matter.

DATED: Honolulu, Hawai‘i, September 26, 2023

*/s/ Abigail M. Holden*
JOACHIM P. COX
ABIGAIL M. HOLDEN
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
THOMAS J. KEARNEY (*pro hac vice* forthcoming)

Attorneys for Non-Parties
COX COMMUNICATIONS, LLC
and COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| IN RE: SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-mc-263-JMS-WRP<br><br>CERTIFICATE OF SERVICE |
|---|---|

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

Kerry S. Culpepper **[VIA CM/ECF]**
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaiʻi 96740

Attorney for Petitioners
VOLTAGE HOLDINGS, LLC
MILLENNIUM FUNDING, INC., and
CAPSTONE STUDIOS CORP.

DATED: Honolulu, Hawaiʻi, September 26, 2023

*/s/ Abigail M. Holden*
JOACHIM P. COX
ABIGAIL M. HOLDEN
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
THOMAS J. KEARNEY (*pro hac vice* forthcoming)
Attorneys for Non-Parties
COX COMMUNICATIONS, LLC
and COXCOM LLC