COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX                                7520-0
   jcox@cfhawaii.com
ABIGAIL M. HOLDEN                       8793-0
   aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

WINSTON & STRAWN LLP
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
   JGolinveaux@winston.com
THOMAS J. KEARNEY (*pro hac vice* forthcoming)
   TKearney@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000

Attorneys for Non-Party
COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-mc-263-JMS-WRP<br><br>AMENDED NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY COXCOM LLC; CERTIFICATE OF SERVICE<br><br>Honorable J. Michael Seabright |

## AMENDED NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY COXCOM LLC

Abigail M. Holden, of the law firm of Cox Fricke LLP, A Limited Liability Law Partnership, hereby amends her Notice of Appearance of Counsel for Non-Parties Cox Communications, LLC and CoxCom LLC filed September 26, 2023 [Dkt. 12].

Ms. Holden does not represent Cox Communications, LLC and it is requested that the Case Management & Electronic Case Filing System (CM/ECF) be adjusted to reflect the same. Cox Communications, LLC is not an entity within the Cox family and appears to have been erroneously named in this matter.

Ms. Holden gives notice of her appearance as counsel for Non-Party CoxCom LLC in the above-referenced matter.

DATED:  Honolulu, Hawai'i, September 28, 2023.

>*/s/ Abigail M. Holden*
>JOACHIM P. COX
>ABIGAIL M. HOLDEN
>JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
>THOMAS J. KEARNEY (*pro hac vice* forthcoming)
>
>Attorneys for Non-Party
>COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-mc-263-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

Kerry S. Culpepper                    [**VIA CM/ECF**]
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Attorney for Petitioners
VOLTAGE HOLDINGS, LLC
MILLENNIUM FUNDING, INC., and
CAPSTONE STUDIOS CORP.

DATED:  Honolulu, Hawai'i, September 28, 2023

                    */s/ Abigail M. Holden*
                    JOACHIM P. COX
                    ABIGAIL M. HOLDEN
                    JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
                    THOMAS J. KEARNEY (*pro hac vice* forthcoming)

                    Attorneys for Non-Party
                    COXCOM LLC