COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX                              7520-0
    jcox@cfhawaii.com
ABIGAIL M. HOLDEN                        8793-0
    aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

WINSTON & STRAWN LLP
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
    JGolinveaux@winston.com
THOMAS J. KEARNEY (*pro hac vice* forthcoming)
    TKearney@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:  (415) 591-1000

Attorneys for Non-Party
COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| IN RE: | CASE NO.: 1:23-mc-263-JMS-WRP |
|---|---|
| SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | COXCOM LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE<br><br>Honorable J. Michael Seabright |

## COXCOM LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CoxCom LLC files this Corporate Disclosure Statement and hereby discloses as follows:

CoxCom, LLC is a wholly-owned subsidiary of Cox Communications, Inc. CoxCom, LLC is not owned 10% or more by any publicly held corporation.

DATED:  Honolulu, Hawai'i, September 28, 2023.

        */s/ Abigail M. Holden*
        JOACHIM P. COX
        ABIGAIL M. HOLDEN
        JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
        THOMAS J. KEARNEY (*pro hac vice* forthcoming)

        Attorneys for Non-Party
        COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-mc-263-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

    Kerry S. Culpepper                                                **[VIA JEFS]**
    kculpepper@culpepperip.com
    CULPEPPER IP, LLLC
    75-170 Hualalai Road, Suite B204
    Kailua-Kona, Hawaiʻi 96740

    Attorney for Petitioners
    VOLTAGE HOLDINGS, LLC
    MILLENNIUM FUNDING, INC., and
    CAPSTONE STUDIOS CORP.

DATED: Honolulu, Hawaiʻi, September 28, 2023

        */s/ Abigail M. Holden*
        JOACHIM P. COX
        ABIGAIL M. HOLDEN
        JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
        THOMAS J. KEARNEY (*pro hac vice* forthcoming)

        Attorneys for Non-Party
        COXCOM LLC