HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

IN RE

SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC

Case No. 1:23-mc-263-JMS-WRP

## MOTION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | Jennifer A. Golinveaux |
| Firm Name: | Winston & Strawn LLP |
| Firm Address: | 101 California Street, 35th Fl.<br>San Francisco, CA 94111 |
| Attorney CM/ECF Primary email address: | JGolinveaux@winston.com |
| Firm Telephone: | (415) 591-1000     Firm Fax: (415) 591-1400 |
| Party Represented: | COXCOM LLC |
| Name/Address of Local Counsel | Joachim P. Cox (7520-0) / Abigail M. Holden (8793-0)<br>Cox Fricke LLP<br>800 Bethel Street, Suite 600, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

September 28, 2023
Dated.

Signature*

Jennifer A. Golinveaux
(Print name if original signature)

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.