IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | Case. No. 1:23-mc-263-JMS-WRP<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Thomas J. Kearney |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Thomas J. Kearney to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Thomas J. Kearney |
| Firm Name: | Winston & Strawn LLP |
| Firm Address: | 101 California Street, 35th Fl.<br>San Francisco, CA 94111 |
| Attorney CM/ECF Primary email address: | TKearney@winston.com |
| Firm Telephone: | (415) 591-1000 |
| Party Represented | COXCOM LLC |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 2, 2023




Wes Reber Porter
United States Magistrate Judge