**COX FRICKE** LLP

LETTER

office 808.585.9440 – www.cfhawaii.com

November 21, 2023

The Honorable J. Michael Seabright             *via Email*
United States District Court, District of Hawaii
300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850
seabright_orders@hid.uscourts.gov

         Re:     *In Re: Subpoena of Internet Subscribers of Cox Communications, LLC and CoxCom LLC*
                   **Civil No. 1:23-cv-00426-JMS-WRP**

Dear Judge Seabright:

       Cox Fricke LLP and Winston & Strawn LLP represent CoxCom LLC ("CoxCom") in the above-referenced matter. The Court's Order Requesting Supplemental Evidence [Dkt. 26] requested that CoxCom provide the Court, by November 22, 2023, evidentiary proof that it is an internet service provider under 17 U.S.C. § 512(a) for purposes of Petitioners Voltage Holdings, LLC, Millennium Funding, Inc. and Capstone Studios Corp.'s ("Petitioners") subpoena, such as a declaration by an appropriate corporate representative with personal knowledge of the relevant statutory factors. However, all individuals at CoxCom with the knowledge and authority to sign such a declaration are currently out of the office due to the Thanksgiving holiday and are unavailable to sign the requested declaration. Thus, CoxCom requests an additional week until after the holidays to obtain the required signatures, *i.e.*, until November 29, 2023.

       Counsel for Petitioners has agreed to CoxCom's requested extension, subject to the parties' further agreement that Petitioners' response would be due by December 13, 2023.

       Thank you for your assistance in this matter.

                                        Very truly yours,

                                        COX FRICKE
                                        A LIMITED LIABILITY LAW PARTNERSHIP LLP

                                        */s/ Abigail M. Holden*

                                        Abigail M. Holden

cc (via email):    Kerry S. Culpepper (kculpepper@culpepperip.com)