COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX                              7520-0
   jcox@cfhawaii.com
ABIGAIL M. HOLDEN                    8793-0
   aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

WINSTON & STRAWN LLP
JENNIFER A. GOLINVEAUX
   JGolinveaux@winston.com
THOMAS J. KEARNEY
   TKearney@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000

Attorneys for Non-Party
COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC, | CASE NO.: 1:23-cv-00426-JMS-WRP<br><br>DECLARATION OF AMBER HALL IN RESPONSE TO ORDER REQUESTING SUPPLEMENTAL EVIDENCE (DKT. NO 26); CERTIFICATE OF SERVICE<br><br>Honorable J. Michael Seabright |

DocuSign Envelope ID: D3D46DB4-6839-48F6-A4E6-FAB4AD8BE53D

# DECLARATION IN RESPONSE TO ORDER REQUESTING SUPPLEMENTAL EVIDENCE

I, Amber Hall, submit this declaration pursuant to 28 U.S.C. § 1746 in response to the Court's November 8, 2023 Order Requesting Supplemental Evidence, Docket No. 26 in the above-titled case.

1.  I have been employed by CCI Corporate Services, LLC, a wholly owned subsidiary of Cox Communications, Inc. ("Cox Communications") continuously since August 2021, and am currently its Chief Compliance and Privacy Officer. I have personal knowledge of the facts in this declaration.

2.  CoxCom LLC ("CoxCom") is a wholly owned subsidiary of Cox Communications.[1] CoxCom and Cox Communications (jointly, "Cox") provide cable and Internet service to consumers and businesses across the United States.

3.  In my role as Chief Compliance and Privacy Officer, I am primarily responsible for various compliance advice and activities, including those related to processing of copyright notices. In connection with this role, I am responsible for understanding how Cox's Internet service product operates in connection with the below described functionality.

---

[1] Petitioners' Subpoena was directed to CoxCom LLC and "Cox Communications, LLC." As CoxCom explained previously, Cox Communications, LLC is not an entity within the Cox family and appears to have been erroneously named in this matter. *See* Dkt. No. 18. Petitioners do not dispute that Cox Communications, LLC was named in error. *See* Dkt. No. 24 ("Petitioners' Reply in Support of Objections").

4. Cox, as an Internet service provider, is engaged in transmitting, routing, or providing connections for, material through its system and network only under the following conditions, and does not engage in any intermediate or transient storage of such material except under the following conditions:

(1) the transmission of the material was initiated by or at the direction of a person other than Cox;

(2) the transmission, routing, provision of connections, or storage is carried out through an automatic technical process without selection of the material by Cox;

(3) Cox does not select the recipients of the material except as an automatic response to the request of another person;

(4) no copy of the material made by Cox in the course of such intermediate or transient storage is maintained on the system or network in a manner ordinarily accessible to anyone other than anticipated recipients, and no such copy is maintained on the system or network in a manner ordinarily accessible to such anticipated recipients for a longer period than is reasonably necessary for the transmission, routing, or provision of connections; and

(5) the material is transmitted through the system or network without modification of its content.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____11/29/2023____ at Atlanta, Georgia.

*Amber Hall*

Amber Hall