IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC, | CASE NO.: 1:23-cv-00426-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

Kerry S. Culpepper                                [**VIA CM/ECF**]
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaiʻi 96740

Attorney for Petitioners
VOLTAGE HOLDINGS, LLC
MILLENNIUM FUNDING, INC., and
CAPSTONE STUDIOS CORP.

DATED: Honolulu, Hawaiʻi, November 29, 2023.

                    */s/ Abigail M. Holden*
                    JOACHIM P. COX
                    ABIGAIL M. HOLDEN
                    JENNIFER A. GOLINVEAUX
                    THOMAS J. KEARNEY
                    Attorneys for Non-Party
                    COXCOM LLC