CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In re Subpoena | ) | Case No.: 1:23-cv-00426-JMS-WRP |
|---|---|---|
| | ) | (Copyright) |
| Internet subscribers of Cox Communications, LLC and CoxCom LLC | ) ) ) ) ) ) ) ) ) | URGENT MOTION FOR STAY PENDING APPEAL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBIT "1'" CERTIFICATE OF SERVICE |

**<u>URGENT MOTION FOR STAY PENDING APPEAL</u>**

Petitioners Voltage Holdings, LLC; Millennium Funding, Inc., and Capstone Studios Corp., by and through their attorneys, hereby move this Honorable Court pursuant to Fed. R. Civ. P. 62 for an order granting a stay pending appeal of the portion of this Court's Order [Doc. #31] of Jan. 30, 2024 requiring Petitioners "to return and/or destroy any information derived from the Subpoena, to maintain no

20-023Ga

further record of the information obtained the Subpoena". If the Court denies a stay pending appeal, Petitioners request in the alternative that this Court grant an administrative or temporary stay pending proceedings associated with a motion for stay pending appeal to be filed in the Ninth Circuit.

Petitioners state that on Jan. 31, 2024 they attempted to meet and confer with Cox pursuant to LR 7.8 by email with Cox's counsel but was unable to obtain Cox's position on the motion. Because the Order requires Petitioners to destroy the information in the next six days, Petitioners cannot wait the seven days specified in LR 7.8. Moreover, Cox is not a party to this dispute. Rather, the motion to quash was filed by John Doe. Accordingly, Petitioners respectfully assert that LR 7.8 does not require them to meet and confer with counsel for Cox. However, to the extent LR 7.8 is applicable, Petitioners respectfully request that the Court excuse them from this requirement.

DATED: Kailua Kona, Hawaii, Jan. 31, 2024.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Petitioners