CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Petitioners

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena<br><br>Internet subscribers of Cox Communications, LLC and CoxCom LLC | Case No.: 1:23-cv-00426-JMS-WRP<br>(Copyright)<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney licensed to practice law in Hawai'I and represent the Petitioners.

2. I make this declaration based upon facts I have actual knowledge of and in support of the accompanying urgent motion for a stay.

3. I emailed attorneys for Cox on Jan. 31, 2024 and left their counsel

1

20-023Ga

Thomas Kearney a voicemail to ask for Cox's position on my motion for a stay and requested an answer before the end of today. I have attached as Exhibit "1" a true and correct copy of the email thread.

4. I have over 7 years of experience requesting subscriber records of Internet Protocol ("IP") address assignments from Internet Service Providers ("ISPs"). In my experience, ISPs usually maintain the assignment records for about six months but rarely any longer than one year. Accordingly, if I was to serve a subpoena again on Cox for the dates originally requested (ranging from 11/16/2022 to 3/27/2023), *see* Doc. #1-2, Cox would not have the subscriber information. Therefore, Petitioners would suffer irreparable harm if the information is destroyed prior to resolution of the appeal.

5. If the Court grants Petitioners' Motion for a Stay, I will continue to maintain information received and derived from the Subpoena, but will not use said information.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, Jan. 31, 2024.

                                            CULPEPPER IP, LLLC


                     /s/ Kerry S. Culpepper
                     Kerry S. Culpepper
                     CULPEPPER IP, LLLC
                     75-170 Hualalai Road, Suite B204
                     Kailua-Kona, Hawaii 96740
                     Telephone:  (808) 464-4047
                     Facsimile:   (202) 204-5181
                     E-Mail:       kculpepper@culpepperip.com
                     Attorney for Petitioners

20-023Ga