# Exhibit "1"

| | |
|---|---|
| **From:** | Kearney, Thomas |
| **To:** | kculpepper culpepperip.com; Golinveaux, Jennifer |
| **Cc:** | aholden@cfhawaii.com |
| **Subject:** | RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Order Adopting Findings and Recommendations |
| **Date:** | Wednesday, January 31, 2024 4:39:30 PM |
| **Attachments:** | image003.png |

Thanks for clarifying, Kerry. I received your voicemail message as well, but was puzzled by your statement that you need to file something today, since we understand Petitioners' deadline for compliance with the Court's order is February 6. We are consulting with our client and anticipate we'll have a response for you in the next few days.

Best,
-Tom

**Thomas Kearney**
Winston & Strawn LLP
D: +1 415-591-6894

winston.com

*Pronouns: He, Him, His*



**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Wednesday, January 31, 2024 2:57 PM
**To:** Kearney, Thomas <TKearney@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** aholden@cfhawaii.com
**Subject:** RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Order Adopting Findings and Recommendations

Thomas,
I seek to stay the portion of the order requiring Petitioners "to return and/or destroy any information derived from the Subpoena, to maintain no further record of the information obtained the Subpoena".
I don't believe the portions Petitioners plan to appeal is relevant to the issue of a stay but for purposes of this discussion you can assume we will appeal all portions of the order.
KSC

**From:** Kearney, Thomas <TKearney@winston.com>
**Sent:** Wednesday, January 31, 2024 12:54 PM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>
**Cc:** aholden@cfhawaii.com
**Subject:** RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox

Communications, LLC and CoxCom LLC Order Adopting Findings and Recommendations

Kerry,

Which specific portions of the Order do you plan to appeal, and what would you seek to have stayed?

-Tom

**Thomas Kearney**
Winston & Strawn LLP
D: +1 415-591-6894

winston.com

*Pronouns: He, Him, His*



**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Wednesday, January 31, 2024 10:26 AM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>; Kearney, Thomas <TKearney@winston.com>
**Cc:** aholden@cfhawaii.com
**Subject:** RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Order Adopting Findings and Recommendations


Jennifer/Thomas,
cc: Abigail

To the extent Cox is a party, would you please let me know if Cox consents to the district court granting a stay of this order pending appeal? Or let me know if it is your position that Cox is not a party.

Regards,
/ksc/
Kerry S. Culpepper


--
Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
Tel 1-808-464-4047

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the use of the entity to which it is addressed and may contain confidential and privileged information.

If the reader of this message is not the intended recipient, kindly delete this message and notify the sender.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** hid_resp@hid.uscourts.gov <hid_resp@hid.uscourts.gov>
**Sent:** Tuesday, January 30, 2024 3:34 PM
**To:** hawaii_cmecf@hid.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Order Adopting Findings and Recommendations

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 1/30/2024 at 3:33 PM HST and filed on 1/30/2024

| | |
|---|---|
| **Case Name:** | In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC |
| **Case Number:** | 1:23-cv-00426-JMS-WRP |
| **Filer:** | |
| **WARNING: CASE CLOSED on 01/30/2024** | |
| **Document Number:** | 31 |

**Docket Text:**
ORDER OVERRULING OBJECTIONS, ECF NO. 10, AND ADOPTING FINDINGS AND RECOMMENDATION TO QUASH 512(h) SUBPOENA, ECF NO. 8 re [8] - Signed by JUDGE J. MICHAEL SEABRIGHT on 1/30/2024.

The court OVERRULES Petitioners' Objections, ECF No. 10, and ADOPTS the Magistrate Judge's August 31, 2023 Finding and Recommendation to quash Petitioners' Subpoena, ECF No. 8. Petitioners' 512(h) Subpoena is QUASHED. No

later than one week after the date of this Order, Petitioners are ordered to return and/or destroy any information derived from the Subpoena, to maintain no further record of the information obtained the Subpoena, and to make no further use of the subscriber data obtained from the Subpoena.

(jni)

**1:23-cv-00426-JMS-WRP Notice has been electronically mailed to:**

Joachim P. Cox     jcox@cfhawaii.com, ckipi@cfhawaii.com, clarsen-dias@cfhawaii.com, glawlor@cfhawaii.com, jdougherty@cfhawaii.com, nfarris@cfhawaii.com

Abigail Marie Holden     aholden@cfhawaii.com, ckipi@cfhawaii.com, clarsen-dias@cfhawaii.com, glawlor@cfhawaii.com, jdougherty@cfhawaii.com, nfarris@cfhawaii.com

Kerry S. Culpepper     kculpepper@culpepperip.com, nho@culpepperip.com

Jennifer A. Golinveaux     jgolinveaux@winston.com

Thomas J. Kearney     tkearney@winston.com

**1:23-cv-00426-JMS-WRP Notice will not be electronically mailed to:**

John Doe
Las Vegas, NV

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/30/2024] [FileNumber=3383522-0
] [bdf00f8a70e14471850d2e093ee10ce62c729c2535f125d821641575e7ea0050987
97609f0344c0d6bf20444b4c273f7c5354cf5a9ee0e302ecb5aced52a1673]]

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.