CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:    kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena | ) Case No.: 1:23-cv-00426-JMS-WRP |
| | ) (Copyright) |
| Internet subscribers of Cox | ) |
| Communications, LLC and CoxCom | ) PETITIONERS' STATEMENT; |
| LLC | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**PETITIONERS' STATEMENT**

Petitioners Voltage Holdings, LLC; Millennium Funding, Inc., and Capstone Studios Corp., by and through their attorneys, hereby submit this Statement in response to the Court's Order [Doc. #33] of Feb. 1, 2024 directing Petitioners "to file a Statement as to whether (and if so, how) the subpoenaed information has been used, to include whether other litigation has been filed in other districts."

20-023Ga

**A. Whether other litigation has been filed in other districts.**

Petitioners have not filed any litigation in any other districts based upon the subpoenaed information.

**B.  How the subpoenaed information has been used.**

Petitioners contacted subscribers by written letters to the names and addresses provided in response to the subpoena. Some of the subscribers entered into settlement agreements and disclosed the circumstances behind the infringement (what website was used to obtain a pirated copies or torrent file for pirating copies; what software application was used; how did they find out about the website or software application, etc.).

DATED: Kailua Kona, Hawaii, Feb. 10, 2024.

                              CULPEPPER IP, LLLC

                               /s/ Kerry S. Culpepper
                              Kerry S. Culpepper
                              Attorney for Petitioners