
CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena<br><br>Internet subscribers of Cox Communications, LLC and CoxCom LLC | Case No.: 1:23-cv-00426-JMS-WRP<br>(Copyright)<br><br>PETITIONERS' MOTION FOR RECONSIDERATION OF ORDER OVERRULING PETITIONERS' OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION [DOC. #31]; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DAVID COX; EXHIBIT "C"' CERTIFICATE OF SERVICE |

PETITIONERS' MOTION FOR RECONSIDERATION OF ORDER
OVERRULING PETITIONERS' OBJECTIONS AND ADOPTING THE
MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION [DOC. #31]

Petitioners Voltage Holdings, LLC; Millennium Funding, Inc., and Capstone Studios Corp., by and through their attorney, Kerry S. Culpepper, moves this

20-023Ga

honorable court for Reconsideration of the ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION [Doc. #31] ("Order") on the grounds that (i) the Order include manifest error of law and fact. The Motion is made pursuant to Fed. R. Civ. P. 59(e) and 60 and, to the extent applicable, L.R. 60.1.

This Motion is based upon the Memorandum in Support thereof, and all pleadings and papers filed in this action, and upon such other matters the Court may entertain.

DATED: Kailua-Kona, Hawaii, February 12, 2024.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Petitioners

20-023Ga