CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Attorney for Petitioners

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena | Case No.: 1:23-cv-00426-JMS-WRP (Copyright) |
| Internet subscribers of Cox Communications, LLC and CoxCom LLC | DECLARATION OF DAVID COX |

**DECLARATION OF DAVID COX**

DAVID COX, hereby declares under penalty of law that the following is true and correct:

1. I am an adult male residing in Wayne County, Michigan.

2. I graduated from Eastern Michigan University in 2003 with a Bachelors of Science in Information Technology.

3. I am the owner of SMR Hosting, LLC ("SMR"), a Michigan limited liability company. SMR provides Information Technology, network consulting services and data forensics. SMR was founded in 2009.

20-023DBa

4.      I founded a Virtual Private Network (VPN) service in 2013 that I sold in 2019 to a third party in a profitable transaction.

5.      I have over 20 years of experience in Information Technology.  Besides my experience owning SMR and the VPN service, I have worked as a systems administrator for the Bartech Group, a technical installer for Ford Motor Company, a field support engineer for International Business Machines.

6.      I have numerous certificates of qualification to work in network technologies such as Azure, Amazon Web Services and Cisco.

7.      I am currently the lead network architect/engineer for a publicly traded bank based in the Midwest.  I run the information technology department for this bank.  My duties include data lifecycle protection, network security, cloud security, access controls, infrastructure design, infrastructure security, quality of service, enterprise routing, enterprise network management, etc.

8.      I am competent to testify, and make the statements contained herein based upon my personal knowledge unless otherwise stated in support of Petitioners' Motion for reconsideration.

9.      I was compensated based upon my hourly rate by Petitioners' counsel for studying the information from which this declaration is based and preparing this declaration.

10.     I have been familiar with BitTorrent since it was introduced. I have attached as Exhibit "A" a copy of The BitTorrent Protocol Specification ("BitTorrent Specification").

20-023Ga

11.     In my role as owner of a VPN and web hosting company, I often took remedial measures to mitigate BitTorrent traffic and other abusive traffic.

12.     One approach I used was to temporarily null route Internet Protocol ("IP") addresses listed in DMCA notices or other notices of abuse.

13.     There are two types of null routing: source null routing and destination null routing.  A destination null route of an IP address will not terminate the Internet service of the user assigned the IP address.  It will only prevent the Internet Service Provider's ("ISP") other users from reaching the specific destination IP address.  A source null route will block that user assigned that IP address from reaching any destinations from that IP address.  However, the service of the user assigned the IP addresses for the source null route will not be terminated although the user will not be able to access the Internet if the user only has one IP address.  Indeed, if that user has any additional IP addresses, the user will still be able to reach destinations from the additional IP addresses.  A typical source null route is a walled garden where the user can only access an informational website from the user's Internet informing the user call in to the ISP to confirm the user will no longer engage in the abusive conduct to resume service.

14.     Another approach I used particularly for BitTorrent was to block certain ports associated with BitTorrent such as ports 6882-6889 specified in the BitTorrent Specification. *See* Ex. "A", p.4 ("Common behavior is for a downloader to try to listen on port 6881 and if that port is taken try 6882, then 6883, etc. and give up after 6889.")  Another port blocking approach is to rate limit ports.

3

20-023Ga

15. Another approach I used for mitigating BitTorrent abuse was Uniform Recourse Locator ("URL") filtering where access to certain notorious piracy websites at the URL level is blocked. For example, referring to Exhibit "1" [Doc. #1-2] of Petitioners' application for the DMCA subpoena, most of the pirated movies originated from the piracy websites YTS.MX and RARBG. Accordingly, blocking these notorious piracy websites would mitigate the abuse.

Case 1:23-mc-00263   Document 1-2   Filed 04/13/23   Page 3 of 9   PageID.10

| Number | NoticesID | IP | Filename |
|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | After Ever Happy (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 2 | 51998269860 | 98.186.195.187 | The Protégé (2021) AC3 5.1 ITA.ENG 1080p H265 sub ita.eng Sp |
| 3 | 50781423708 | 174.72.179.158 | Fall.2022.1080p.BluRay.H264.AAC-RARBG |
| 4 | 50921146500 | 70.160.12.144 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 5 | 51643585404 | 70.189.207.108 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 6 | 51998876640 | 98.186.195.187 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 7 | 52252775054 | 70.161.172.138 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 8 | 52564539256 | 70.163.221.46 | www.5MovieRulz.lc - Fall (2022) 1080p BluRay - (DD+5.1 - 640l |
| 9 | 52806820788 | 68.230.145.56 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 10 | 52796238184 | 68.230.145.56 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 11 | 52792226610 | 70.176.239.249 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 12 | 52789574168 | 174.66.240.9 | Fall (2022) [2160p] [4K] [WEB] [5.1] [YTS.MX] |

16. Other conventional approaches for blocking BitTorrent traffic include filtering techniques such as deep packet inspection, application firewalls, layer 7 filtering, rate limit and threshold filtering.

17. In any of the above blocking or filtering approaches, the user's Internet service would not be terminated. Port blocking as discussed above will disable access to the majority of BitTorrent traffic at the IP addresses. Filtering (depending on the technology) will also disable access to a majority or all BitTorrent traffic at the IP addresses.

18. The technology in the industry for mitigating against abusive BitTorrent traffic has advanced in the last 20 years and significantly in the last five years thanks to Next-gen

security gateways containing Advanced RISC Machines ("ARM") processors and Artificial Intelligence.

19. Returning to the issue of null routing, as explained above null routing is not the same as service termination. However, the trackers that broadcast IP addresses that are sharing content over the BitTorrent protocol become inaccurate once an IP address is null routed. *See* Ex. "A", p.4 ("ip  An optional parameter giving the IP…which the peer is at…"). Therefore, the BitTorrent sharing activity at the IP address will stop even if the user switched to a different IP address.

20. Network monitoring is deeply ingrained within ISPs. ISPs such as Cox monitor for quality of service such as traffic queuing, traffic shaping and prioritization. ISPs such as Cox also monitor for certain activity such as attacks, network performance and traffic anomalies and maintain firewalls for filtering out denial of services, intrusion detection and mitigation. Accordingly, I do not think there would be any additional burden to an ISP such as Cox to adopt one or more of the above approaches for stopping ongoing BitTorrent piracy at an IP address assigned to a subscriber.

21. An IP address is the ultimate destination of information. Everything through the Internet is done through IP addresses at a fundamental level. The tools that look information up such as Domain Name System ("DNS") tools ultimately point to an IP address.

22. In the context of BitTorrent, for example, the BitTorrent user ("seeder") share a pirated copy of material from an online location (the IP address) and another BitTorrent user ("peer") connects to the online location (the IP address) to obtain the pirated copy. The seeder's

5

20-023Ga

IP address will be broadcast by a tracker to peers as a seeder having the pirated copy available to share.

23. For example, I understand from Exhibit "1" [Doc. #1-2] of Petitioners' application for the DMCA subpoena, the seeders were users of the ISP Cox and that seeder(1) was confirmed sharing a pirated copy of the movie *After Ever Happy* under the file name "After Ever Happy (2022) [1080p] [WEBRip] [5.1] [YTS.MX]". In this case, the online location where the pirated copy is broadcast by trackers as being available to be shared is the Cox IP address 70.161.172.138. Although the pirated copy of *After Ever Happy* is stored locally on seeder(1)'s computer it is broadcast online from the IP address just like seeder(1) could publish a website online stored locally from the IP address. Accordingly, an IP address is just like a pointer or hypertext link.

24. If the peer is a Cox user, Cox directly links the peer to the online location 70.161.172.138 when the peer's BitTorrent client app chooses the seeder's Cox IP address from the tracker. Even if the peer is a user of a different ISP, Cox will ultimately link the peer to the online location 70.161.172.138 when the peer's BitTorrent client app chooses the seeder's Cox IP address.

25. Accordingly, seeder(1)'s pirated copy stored on seeder(1)'s local computer is published online at IP address 70.161.172.138. When other peers select IP address 70.161.172.138, Cox will link them to the IP address to obtain the pirated copy. The same happens for all the seeders shown in Exhibit "1" [Doc. #1-2]. Although this process is automatic, it is no different from how other service providers automatically publish websites of their users.

20-023Ga

26. I have attached as Exhibit "B" an image that I think accurately represents the structure of the different tiers of network providers of Internet service.

27. Internet service providers, often Tier 1 networks, participate in Internet backbone traffic by privately negotiated interconnection agreements, primarily governed by the principle of settlement-free peering.

28. I understand in the present case that the ISP Cox provided Internet service to residential subscribers. In this circumstance, Cox would generally be considered a Tier 2 provider.

29. A Tier 2 network is not considered a conduit because it provides service and equipment to end users.

30. In comparison, an IXP providing interconnectivity between networks, or Tier 1 network providing transit services is considered a conduit because they are backbone providers that do not provide service to end users. A Tier 1 network provider or IXP cannot null route a single IP address at an endpoint because they are dealing with the interconnectivity of multiple large networks and do not control the IP address space assigned to the residential subscriber.

31. A Tier 1 provider will provide multiple high speed (100 Gig) circuits to Tier 2 partners at an IXP with multiple blocks of IP addresses on each side for redundancy.

32. Due to industry consolidation, some ISPs such as Comcast operate in both the Tier 1 and Tier 2 space. In these circumstances, Comcast's transit operations would be considered Tier 1 network services while Comcast's provider of services to Internet users are considered Tier 2 services.

20-023Ga

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Canton, MI, Feb. 7, 2024.

_____
David Cox
6800 Bridgemont Dr.
Canton, MI 48187

8

20-023Ga

# Exhibit "A"

# BitTorrent.org

**Home**   **For Users**   **For Developers**   **Developer mailing list**   **Forums (archive)**

| | |
|---|---|
| **BEP:** | 3 |
| **Title:** | The BitTorrent Protocol Specification |
| **Version:** | 0e08ddf84d8d3bf101cdf897fc312f2774588c9e |
| **Last-Modified:** | Sat Feb 4 12:58:40 2017 +0100 |
| **Author:** | Bram Cohen <bram@bittorrent.com> |
| **Status:** | Final |
| **Type:** | Standard |
| **Created:** | 10-Jan-2008 |
| **Post-History:** | 24-Jun-2009 (arvid@bittorrent.com), clarified the encoding of strings in torrent files. 20-Oct-2012 (arvid@bittorrent.com), clarified that info-hash is the digest of en bencoding found in .torrent file. Introduced some references to new BEPs and cleaned up formatting. 11-Oct-2013 (arvid@bittorrent.com), correct the accepted and de-facto sizes for request messages 04-Feb-2017 (the8472.bep@infinite-source.de), further info-hash clarifications, added resources for new implementors |

BitTorrent is a protocol for distributing files. It identifies content by URL and is designed to integrate seamlessly with the web. Its advantage over plain HTTP is that when multiple downloads of the same file happen concurrently, the downloaders upload to each other, making it possible for the file source to support very large numbers of downloaders with only a modest increase in its load.

## A BitTorrent file distribution consists of these entities:

- An ordinary web server
- A static 'metainfo' file
- A BitTorrent tracker
- An 'original' downloader
- The end user web browsers
- The end user downloaders

There are ideally many end users for a single file.

## To start serving, a host goes through the following steps:

1. Start running a tracker (or, more likely, have one running already).
2. Start running an ordinary web server, such as apache, or have one already.
3. Associate the extension .torrent with mimetype application/x-bittorrent on their web server (or have done so already).
4. Generate a metainfo (.torrent) file using the complete file to be served and the URL of the tracker.

5. Put the metainfo file on the web server.
6. Link to the metainfo (.torrent) file from some other web page.
7. Start a downloader which already has the complete file (the 'origin').

## To start downloading, a user does the following:

1. Install BitTorrent (or have done so already).
2. Surf the web.
3. Click on a link to a .torrent file.
4. Select where to save the file locally, or select a partial download to resume.
5. Wait for download to complete.
6. Tell downloader to exit (it keeps uploading until this happens).

## bencoding

- Strings are length-prefixed base ten followed by a colon and the string. For example `4:spam` corresponds to 'spam'.
- Integers are represented by an 'i' followed by the number in base 10 followed by an 'e'. For example `i3e` corresponds to 3 and `i-3e` corresponds to -3. Integers have no size limitation. `i-0e` is invalid. All encodings with a leading zero, such as `i03e`, are invalid, other than `i0e`, which of course corresponds to 0.
- Lists are encoded as an 'l' followed by their elements (also bencoded) followed by an 'e'. For example `l4:spam4:eggse` corresponds to ['spam', 'eggs'].
- Dictionaries are encoded as a 'd' followed by a list of alternating keys and their corresponding values followed by an 'e'. For example, `d3:cow3:moo4:spam4:eggse` corresponds to {'cow': 'moo', 'spam': 'eggs'} and `d4:spaml1:a1:bee` corresponds to {'spam': ['a', 'b']}. Keys must be strings and appear in sorted order (sorted as raw strings, not alphanumerics).

## metainfo files

Metainfo files (also known as .torrent files) are bencoded dictionaries with the following keys:

announce
> The URL of the tracker.

info
> This maps to a dictionary, with keys described below.

All strings in a .torrent file that contains text must be UTF-8 encoded.

### info dictionary

The `name` key maps to a UTF-8 encoded string which is the suggested name to save the file (or directory) as. It is purely advisory.

`piece length` maps to the number of bytes in each piece the file is split into. For the purposes of transfer, files are split into fixed-size pieces which are all the same length except for possibly the last one which may be truncated. `piece length` is almost always a power of two, most commonly 2 18 = 256 K (BitTorrent prior to version 3.2 uses 2 20 = 1 M as default).

`pieces` maps to a string whose length is a multiple of 20. It is to be subdivided into strings of length 20, each of which is the SHA1 hash of the piece at the corresponding index.

There is also a key `length` or a key `files`, but not both or neither. If `length` is present then the download represents a single file, otherwise it represents a set of files which go in a directory structure.

In the single file case, length maps to the length of the file in bytes.

For the purposes of the other keys, the multi-file case is treated as only having a single file by concatenating the files in the order they appear in the files list. The files list is the value `files` maps to, and is a list of dictionaries containing the following keys:

`length` - The length of the file, in bytes.

`path` - A list of UTF-8 encoded strings corresponding to subdirectory names, the last of which is the actual file name (a zero length list is an error case).

In the single file case, the name key is the name of a file, in the muliple file case, it's the name of a directory.

## trackers

Tracker GET requests have the following keys:

info_hash

> The 20 byte sha1 hash of the bencoded form of the info value from the metainfo file. This value will almost certainly have to be escaped.
>
> Note that this is a substring of the metainfo file. The info-hash must be the hash of the encoded form as found in the .torrent file, which is identical to bdecoding the metainfo file, extracting the info dictionary and encoding it *if and only if* the bdecoder fully validated the input (e.g. key ordering, absence of leading zeros). Conversely that means clients must either reject invalid metainfo files or extract the substring directly. They must not perform a decode-encode roundtrip on invalid data.

peer_id

> A string of length 20 which this downloader uses as its id. Each downloader generates its own id at random at the start of a new download. This value will also almost certainly have to be escaped.

ip

> An optional parameter giving the IP (or dns name) which this peer is at. Generally used for the origin if it's on the same machine as the tracker.

port

> The port number this peer is listening on. Common behavior is for a downloader to try to listen on port 6881 and if that port is taken try 6882, then 6883, etc. and give up after 6889.

uploaded

> The total amount uploaded so far, encoded in base ten ascii.

downloaded

> The total amount downloaded so far, encoded in base ten ascii.

left

> The number of bytes this peer still has to download, encoded in base ten ascii. Note that this can't be computed from downloaded and the file length since it might be a resume, and there's a chance that some of the downloaded data failed an integrity check and had to be re-downloaded.

event

> This is an optional key which maps to `started`, `completed`, or `stopped` (or `empty`, which is the same as not being present). If not present, this is one of the announcements done at regular intervals. An announcement using `started` is sent when a download first begins, and one using `completed` is sent when the download is complete. No `completed` is sent if the file was complete when started. Downloaders send an announcement using `stopped` when they cease downloading.

Tracker responses are bencoded dictionaries. If a tracker response has a key `failure reason`, then that maps to a human readable string which explains why the query failed, and no other keys are required. Otherwise, it must have two keys: `interval`, which maps to the number of seconds the downloader should wait between regular rerequests, and `peers`. `peers` maps to a list of dictionaries corresponding to `peers`, each of which contains the keys `peer id`, `ip`, and `port`, which map to the peer's self-selected ID, IP address or dns name as a string, and port number, respectively. Note that downloaders may rerequest on nonscheduled times if an event happens or they need more peers.

More commonly is that trackers return a compact representation of the peer list, see BEP 23.

If you want to make any extensions to metainfo files or tracker queries, please coordinate with Bram Cohen to make sure that all extensions are done compatibly.

It is common to announce over a UDP tracker protocol as well.

## peer protocol

BitTorrent's peer protocol operates over TCP or uTP.

Peer connections are symmetrical. Messages sent in both directions look the same, and data can flow in either direction.

The peer protocol refers to pieces of the file by index as described in the metainfo file, starting at zero. When a peer finishes downloading a piece and checks that the hash matches, it announces that it has that piece to all of its peers.

Connections contain two bits of state on either end: choked or not, and interested or not. Choking is a notification that no data will be sent until unchoking happens. The reasoning and common techniques behind choking are explained later in this document.

Data transfer takes place whenever one side is interested and the other side is not choking. Interest state must be kept up to date at all times - whenever a downloader doesn't have something they currently would ask a peer for in unchoked, they must express lack of interest, despite being choked. Implementing this properly is tricky, but makes it possible for downloaders to know which peers will start downloading immediately if unchoked.

Connections start out choked and not interested.

When data is being transferred, downloaders should keep several piece requests queued up at once in order to get good TCP performance (this is called 'pipelining'.) On the other side, requests which can't be written out to the TCP buffer immediately should be queued up in memory rather than kept in an application-level network buffer, so they can all be thrown out when a choke happens.

The peer wire protocol consists of a handshake followed by a never-ending stream of length-prefixed messages. The handshake starts with character ninteen (decimal) followed by the string 'BitTorrent protocol'. The leading character is a length prefix, put there in the hope that other new protocols may do the same and thus be trivially distinguishable from each other.

All later integers sent in the protocol are encoded as four bytes big-endian.

After the fixed headers come eight reserved bytes, which are all zero in all current implementations. If you wish to extend the protocol using these bytes, please coordinate with Bram Cohen to make sure all extensions are done compatibly.

Next comes the 20 byte sha1 hash of the bencoded form of the info value from the metainfo file. (This is the same value which is announced as `info_hash` to the tracker, only here it's raw instead of quoted here). If both sides don't send the same value, they sever the connection. The one possible exception is if a downloader wants to do multiple

downloads over a single port, they may wait for incoming connections to give a download hash first, and respond with the same one if it's in their list.

After the download hash comes the 20-byte peer id which is reported in tracker requests and contained in peer lists in tracker responses. If the receiving side's peer id doesn't match the one the initiating side expects, it severs the connection.

That's it for handshaking, next comes an alternating stream of length prefixes and messages. Messages of length zero are keepalives, and ignored. Keepalives are generally sent once every two minutes, but note that timeouts can be done much more quickly when data is expected.

## peer messages

All non-keepalive messages start with a single byte which gives their type.

The possible values are:

- 0 - choke
- 1 - unchoke
- 2 - interested
- 3 - not interested
- 4 - have
- 5 - bitfield
- 6 - request
- 7 - piece
- 8 - cancel

'choke', 'unchoke', 'interested', and 'not interested' have no payload.

'bitfield' is only ever sent as the first message. Its payload is a bitfield with each index that downloader has sent set to one and the rest set to zero. Downloaders which don't have anything yet may skip the 'bitfield' message. The first byte of the bitfield corresponds to indices 0 - 7 from high bit to low bit, respectively. The next one 8-15, etc. Spare bits at the end are set to zero.

The 'have' message's payload is a single number, the index which that downloader just completed and checked the hash of.

'request' messages contain an index, begin, and length. The last two are byte offsets. Length is generally a power of two unless it gets truncated by the end of the file. All current implementations use 2^14 (16 kiB), and close connections which request an amount greater than that.

'cancel' messages have the same payload as request messages. They are generally only sent towards the end of a download, during what's called 'endgame mode'. When a download is almost complete, there's a tendency for the last few pieces to all be downloaded off a single hosed modem line, taking a very long time. To make sure the last few pieces come in quickly, once requests for all pieces a given downloader doesn't have yet are currently pending, it sends requests for everything to everyone it's downloading from. To keep this from becoming horribly inefficient, it sends cancels to everyone else every time a piece arrives.

'piece' messages contain an index, begin, and piece. Note that they are correlated with request messages implicitly. It's possible for an unexpected piece to arrive if choke and unchoke messages are sent in quick succession and/or transfer is going very slowly.

Downloaders generally download pieces in random order, which does a reasonably good job of keeping them from having a strict subset or superset of the pieces of any of their peers.

Choking is done for several reasons. TCP congestion control behaves very poorly when sending over many connections at once. Also, choking lets each peer use a tit-for-tat-ish algorithm to ensure that they get a consistent download rate.

The choking algorithm described below is the currently deployed one. It is very important that all new algorithms work well both in a network consisting entirely of themselves and in a network consisting mostly of this one.

There are several criteria a good choking algorithm should meet. It should cap the number of simultaneous uploads for good TCP performance. It should avoid choking and unchoking quickly, known as 'fibrillation'. It should reciprocate to peers who let it download. Finally, it should try out unused connections once in a while to find out if they might be better than the currently used ones, known as optimistic unchoking.

The currently deployed choking algorithm avoids fibrillation by only changing who's choked once every ten seconds. It does reciprocation and number of uploads capping by unchoking the four peers which it has the best download rates from and are interested. Peers which have a better upload rate but aren't interested get unchoked and if they become interested the worst uploader gets choked. If a downloader has a complete file, it uses its upload rate rather than its download rate to decide who to unchoke.

For optimistic unchoking, at any one time there is a single peer which is unchoked regardless of its upload rate (if interested, it counts as one of the four allowed downloaders.) Which peer is optimistically unchoked rotates every 30 seconds. To give them a decent chance of getting a complete piece to upload, new connections are three times as likely to start as the current optimistic unchoke as anywhere else in the rotation.

## Resources

- The BitTorrent Economics Paper outlines some request and choking algorithms clients should implement for optimal performance
- When developing a new implementation the Wireshark protocol analyzer and its dissectors for bittorrent can be useful to debug and compare with existing ones.

## Copyright

This document has been placed in the public domain.

# Exhibit "B"

Diagram: Internet Connectivity Distribution & Core

- PoP #3, PoP #2, PoP #1
- Tier 2 Networks
- Tier 1 Networks
- Transit
- Peering
- IXP
- Tier 2 ISP
- Transit
- Tier 3 Network (multi-homed ISP)
- Tier 3 Network (single homed ISP)
- Internet users (business, consumers, etc)