# Exhibit "C"

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HAWAII 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM
―――――
PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
 AND BEFORE THE USPTO

Feb. 4, 2024

<u>Via E-mail</u>
Golinveaux, Jennifer <JGolinveaux@winston.com>
Kearney, Thomas <TKearney@winston.com>
Abigail Marie Holden   <aholden@cfhawaii.com>

<u>Via First Class Mail</u>
Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840


U.S. District Court for the District of Hawaii
Case Name: *In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC*
Mics. Action No. 1:23-cv-00426-JMS-WRP

Dear Jennifer,

   The Petitioners withdraw their request for information for the subscriber at IP Address: 50.159.108.38 ("John Doe") – the individual who filed the Objection [Doc. #6].

Sincerely,
/ksc/
Kerry S. Culpepper
kculpepper@culpepperip.com