IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| IN RE: | CASE NO.: 1:23-cv-00426-JMS-WRP |
|---|---|
| SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

Kerry S. Culpepper                                         **[VIA CM/ECF]**
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaiʻi 96740

Attorney for Petitioners
VOLTAGE HOLDINGS, LLC
MILLENNIUM FUNDING, INC., and
CAPSTONE STUDIOS CORP.


*Service per Rule 5(b)(2)(D)*                              **[VIA FIRST CLASS MAIL]**
John Doe
c/o Clerk of Court, District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI 96850

DATED:  Honolulu, Hawaiʻi, February 15, 2024.

>
> */s/ Joachim P. Cox*
> JOACHIM P. COX
> ABIGAIL M. HOLDEN
> JENNIFER A. GOLINVEAUX (*pro hac vice*)
> THOMAS J. KEARNEY (*pro hac vice*)
>
> Attorneys for COXCOM LLC