IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN RE: | CASE NO.: 1:23-cv-00426-JMS-WRP |
| SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC, | CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the above document was duly served on the parties below via the means and indicated below:

| | |
|---|---|
| Kerry S. Culpepper<br>kculpepper@culpepperip.com<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawai'i 96740<br><br>Attorney for Petitioners<br>VOLTAGE HOLDINGS, LLC<br>MILLENNIUM FUNDING, INC., and<br>CAPSTONE STUDIOS CORP. | **[VIA CM/ECF]** |
| *Service per Rule 5(b)(2)(D)*<br>John Doe<br>c/o Clerk of Court, District of Hawaii<br>300 Ala Moana Blvd, C-338<br>Honolulu, HI, 96850 | **[VIA FIRST CLASS MAIL]** |

DATED:  Honolulu, Hawai'i, February 28, 2024.


        */s/ Abigail M. Holden*
        JOACHIM P. COX
        ABIGAIL M. HOLDEN
        JENNIFER A. GOLINVEAUX (*pro hac vice*)
        THOMAS J. KEARNEY (*pro hac vice*)

        Attorneys for
        COXCOM LLC