COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX                    7520-0
   jcox@cfhawaii.com
ABIGAIL M. HOLDEN                 8793-0
   aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

WINSTON & STRAWN LLP
JENNIFER A. GOLINVEAUX (*pro hac vice*)
   JGolinveaux@winston.com
THOMAS J. KEARNEY (*pro hac vice*)
   TKearney@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000

Attorneys for COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE: <br><br> SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-cv-00426-JMS-WRP <br><br> COXCOM LLC'S MOTION TO STRIKE DECLARATION OF DAVID COX [DOC # 35-2] FILED IN SUPPORT OF PETITIONER'S MOTION FOR RECONSIDERATION OF ORDER OVERRULING PETITIONERS' OBJECTIONS [DKT. NO. 35]; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF THOMAS J. KEARNEY; EXHIBIT A; CERTIFICATE OF SERVICE |

Judge: Honorable J. Michael Seabright

# COXCOM LLC'S MOTION TO STRIKE DECLARATION OF DAVID COX [DOC # 35-2] FILED IN SUPPORT OF PETITIONER'S MOTION FOR RECONSIDERATION OF ORDER OVERRULING PETITIONERS' OBJECTIONS [DKT. NO. 35]

CoxCom LLC ("Cox") moves to strike the Declaration of David Cox (Dkt. No. 35-2, the "Declaration"), which Petitioners filed in support of their Motion for Reconsideration (Dkt. No. 35). Cox's motion is based on this motion, the attached supporting memorandum, and the record.

This motion follows the conference of counsel required by LR 7.8. Specifically, on February 20, Thomas Kearney, Cox's counsel, contacted Petitioners' counsel to arrange a telephone conference to satisfy LR 7.8. *See* Declaration of Thomas J. Kearney at ¶ 2. Petitioners' counsel responded that he was unavailable to timely meet, and requested that Cox "send [its] proposed issues in detail by email." *Id.* at ¶ 3. The next day, Mr. Kearney informed Petitioners' counsel by email of the basis for this motion and proposed a resolution by asking whether Petitioners would agree to withdraw the Declaration. *Id.* at ¶ 4. Mr. Kearney additionally offered to meet with Petitioners' counsel via telephone to further satisfy the requirements of LR7.8. *Id.* Petitioners' counsel responded that Petitioners would not agree to withdraw the Declaration. *Id.* at ¶ 5. Mr. Kearney spoke in person with

Petitioners' counsel on February 26, and Petitioners' counsel again confirmed that Petitioners would not agree to withdraw the declaration. *Id.* at ¶ 6.

DATED:  Honolulu, Hawai'i, February 28, 2024

        */s/ Abigail M. Holden*
        JOACHIM P. COX
        ABIGAIL M. HOLDEN
        JENNIFER A. GOLINVEAUX (*pro hac vice*)
        THOMAS J. KEARNEY (*pro hac vice*)

        Attorneys for
        COXCOM LLC