IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE: | CASE NO.: 1:23-cv-00426-JMS-WRP |
| SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | DECLARATION OF THOMAS J. KEARNEY |

**DECLARATION OF THOMAS J. KEARNEY**

I, Thomas J. Kearney, submit this declaration pursuant to 28 U.S.C. § 1746 in support of the Motion of CoxCom LLC ("Cox") to strike the Declaration of David Cox (the "Declaration," Dkt. No. 35-2), which was filed in support of Petitioners' February 12, 2024 Motion for Reconsideration of Order Overruling Petitioners' Objections and Adopting the Magistrate Judge's Findings and Recommendation (Dkt. No. 35).

1. I am an attorney, counsel for CoxCom LLC in connection with this matter, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts in this declaration.

2. On February 20, 2024, I contacted Petitioners' counsel by email to arrange a telephone conference to timely satisfy LR 7.8's requirements. Exhibit A is a true and correct copy of our email correspondence.

3. Petitioners' counsel responded by email, stating that he was unavailable to timely meet, and requested that Cox "send [its] proposed issues in detail by email." *Id.*

4. The next day, I informed Petitioners' counsel by email of the basis for this motion and proposed a resolution by asking whether Petitioners would agree to withdraw the Declaration. *Id.* at 1-2. I also offered to meet with Petitioners' counsel via telephone to further satisfy the requirements of LR 7.8. *Id.*

5. Petitioners' counsel responded that Petitioners would not agree to withdraw the Declaration. *Id.*

6. I spoke in person with Petitioners' counsel on February 26, and he confirmed that Petitioners would not agree to withdraw the Declaration.

//

//

//

//

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2024 at Kensington, California.

_____
Thomas J. Kearney