# EXHIBIT A

| | |
|---|---|
| **From:** | kculpepper culpepperip.com |
| **To:** | Kearney, Thomas |
| **Cc:** | Golinveaux, Jennifer |
| **Subject:** | RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Link |
| **Date:** | Wednesday, February 21, 2024 1:27:31 PM |



Thomas,

Petitioners do not agree to withdraw the declaration.

Kerry

**From:** Kearney, Thomas <TKearney@winston.com>
**Sent:** Wednesday, February 21, 2024 11:25 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Cc:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Subject:** RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Link

Hi, Kerry:

As I explained, Cox intends to file a concurrent motion to strike Petitioners' Declaration of David Cox and its exhibits, on at least the basis that it is improper to attempt to raise new evidence and argument that could have been raised previously. **Please let us know, no later than the close of business today, if Petitioners will agree to withdraw the Declaration**. We remain available to confer in person today at 2 p.m. Pacific (12 p.m. Hawaii time). We can also be available on Friday if there are additional issues you wish to discuss; if so, please provide a few times that will work for you.

Best,
-Tom

**Thomas Kearney**
Winston & Strawn LLP
D: +1 415-591-6894

winston.com

*Pronouns: He, Him, His*



**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Tuesday, February 20, 2024 8:50 PM
**To:** Kearney, Thomas <TKearney@winston.com>
**Cc:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Subject:** RE: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Link

# EXHIBIT A

Thomas,
I can make time Friday.  Otherwise, you could just send your proposed issues in detail by email.
Regards - KSC

**From:** Kearney, Thomas <TKearney@winston.com>
**Sent:** Tuesday, February 20, 2024 9:50 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Cc:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Subject:** FW: Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Link

Hi, Kerry –

Please let us know when you can be available today or tomorrow for a short call to discuss Petitioners' motion for reconsideration. In addition to the Opposition/Response that the Court ordered, Cox intends to file a concurrent motion to strike the Declaration of David Cox and its exhibits. We are available today at 4:30 Pacific time (2:30 pm Hawaii) or tomorrow at 2 pm Pacific time (12 pm Hawaii). If neither of those times work for you, please let us know some times that will.

Best,
-Tom

**Thomas Kearney**
Winston & Strawn LLP
D: +1 415-591-6894

winston.com

*Pronouns: He, Him, His*



**From:** hid_resp@hid.uscourts.gov <hid_resp@hid.uscourts.gov>
**Sent:** Wednesday, February 14, 2024 11:27 AM
**To:** hawaii_cmecf@hid.uscourts.gov
**Cc:** ECF_CH <ECF_CH@winston.com>
**Subject:** Activity in Case 1:23-cv-00426-JMS-WRP In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC Link



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to**

EXHIBIT A

receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 2/14/2024 at 9:27 AM HST and filed on 2/14/2024

| | |
|---|---|
| **Case Name:** | In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC |
| **Case Number:** | 1:23-cv-00426-JMS-WRP |
| **Filer:** | |
| **WARNING: CASE CLOSED on 01/30/2024** | |
| **Document Number:** | 36(No document attached) |

**Docket Text:**
**EO: On February 12, 2024, Petitioners filed a Motion for Reconsideration of the court's January 30, 2024 Order Adopting Findings and Recommendation.** *See* **ECF No. [35]. Under Local Rule 60.1, no opposition or reply shall be filed unless directed by the court. Accordingly, the court DIRECTS that an Opposition/Response be filed to the Motion for Reconsideration. Any Opposition/Response is due by February 28, 2024. No Reply shall be filed.**

**(JUDGE J. MICHAEL SEABRIGHT)(rlfh)**


**1:23-cv-00426-JMS-WRP Notice has been electronically mailed to:**

Joachim P. Cox     jcox@cfhawaii.com, ckipi@cfhawaii.com, clarsen-dias@cfhawaii.com, glawlor@cfhawaii.com, jdougherty@cfhawaii.com, nfarris@cfhawaii.com

Abigail Marie Holden     aholden@cfhawaii.com, ckipi@cfhawaii.com, clarsen-dias@cfhawaii.com, glawlor@cfhawaii.com, jdougherty@cfhawaii.com, nfarris@cfhawaii.com

Kerry S. Culpepper     kculpepper@culpepperip.com, nho@culpepperip.com

Jennifer A. Golinveaux     jgolinveaux@winston.com

Thomas J. Kearney     tkearney@winston.com

**1:23-cv-00426-JMS-WRP Notice will not be electronically mailed to:**

John Doe
Las Vegas, NV

EXHIBIT A

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

EXHIBIT A