IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC | CASE NO.: 1:23-cv-00426-JMS-WRP<br><br>CERTIFICATE OF SERVICE |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means indicated below:

Kerry S. Culpepper                           **[VIA CM/ECF]**
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaiʻi 96740

Attorney for Petitioners
VOLTAGE HOLDINGS, LLC
MILLENNIUM FUNDING, INC., and
CAPSTONE STUDIOS CORP.

*Service per Rule 5(b)(2)(D)*                **[VIA FIRST CLASS MAIL]**
John Doe
c/o Clerk of Court, District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI 96850

DATED:  Honolulu, Hawaiʻi, February 28, 2024.

        */s/ Abigail M. Holden*
        ABIGAIL M. HOLDEN
        JOACHIM P. COX
        JENNIFER A. GOLINVEAUX (*pro hac vice*)
        THOMAS J. KEARNEY (*pro hac vice*)

        Attorneys for
        COXCOM LLC