**DECLARATION OF** ▮

I, ▮, do hereby declare, testify, and state as follows:

1. I am a living individual above the age of 18 years old.

2. I have personal knowledge of the facts stated below and, if called to testify, I could and would do so competently.

3. I have read the Settlement and Release Agreement and make this Declaration in support of said Agreement.

4. My roommate informed me that he found the Work (as defined in the Settlement and Release Statement) on the website "movierulz" at the uniform resource locator (url) https://ww28.watchmovierulz.to/.

5. My roommate further informed me that upon being downloaded, the file appeared in the downloads folder on his computer.

6. My roommate further informed me that the Work was deleted a few months before I received the legal notice.

7. Finally, my roommate informed me that he used the application utorrent web.

I declare under the penalty of perjury that everything I have stated in this document is true and correct.

Dated: 09/26/2023