# Exhibit "1"



"After Ever Happy" has a new trailer, and the latest teaser of the fourth installment shows Tessa and Hardin at a dramatic, emotional crossroads.

As the release date for *After Ever Happy* (https://www.teenvogue.com/tag/after-movie) steadily nears, fans are craving new Hessa content ahead of the series' fourth installment. Well, have no fear — we've been gifted a new teaser trailer.

Longer than the first teaser released by Voltage Pictures, this newest look at *After Ever Happy* shows Hardin absolutely going *through* it, still reeling from uncovering the shocking truths about his family in *After We Fell* (https://www.teenvogue.com/story/after-we-fell-josephine-langford-hero-fiennes-tiffin-interview).

"Hardin, I know you're upset, but this isn't us," Tessa (played by Josephine Langford (https://www.teenvogue.com/story/josephine-langford-after-we-collided-interview)) says in the latest trailer.

"Why are you always trying to find some light in me?" Hardin (Hero Fiennes Tiffin (https://www.teenvogue.com/story/after-we-collided-hero-fiennes-tiffin-talks-dylan-sprouse-after-fandom-interview)) asks with frustration.

We then see Tessa give Hardin an ultimatum about their relationship, which lands the couple at an emotional crossroads.

"I'm giving you one chance to be with me," says Tessa. "If I walk out that door without you, that's it." Hardin then leans back, as if clearing the way to allow Tessa to leave.

Big oof.

It seems as though the passionate and toxic duo that is Hessa is at risk of being torn apart, with both Tessa and Hardin questioning whether their relationship is strong enough to endure everything they've been through — and everything they still have yet to face.

As on-screen text hints that "the final chapter is just beginning," the trailer closes out with Tessa's voiceover: "All of us have demons. You face them, but just when you think you're winning, it turns out they weren't your demons to begin with."

The new film will *sort of* act as the final installment of the *After* franchise, as two more films in the *After* universe (https://www.teenvogue.com/story/after-movie-series-hardin-prequel-next-generation-sequel-exclusive) are currently in development: a prequel, loosely based on the book *Before* by Anna Todd that will focus on a younger version of Hardin, and a next-generation sequel that will follow Hessa's children.

But let's not get ahead of ourselves, as there's still so much to unpack. *After Ever Happy* has a U.S. release date set for later this year, on September 7.

View Article (https://www.teenvogue.com/story/after-ever-happy-new-trailer-shows-tessa-giving-hardin-an-ultimatum)

© 2021 VOLTAGE PICTURES | ALL RIGHTS RESERVED.

 (https://www.facebook.com/voltagepics)     (https://twitter.com/voltagepictures)
 (https://www.youtube.com/user/VoltagePicturesLLC)

CONTACT | (/INDEX.PHP/CONTACT) TERMS & CONDITIONS | PRIVACY POLICY