# Exhibit "2"

# DEADLINE

TIP US

HOME  /  FILM  /  NEWS

# 'Fall' Sequel In The Works After Vertigo-Inducing Thriller Becomes Surprise Netflix Hit

By Jake Kanter
March 17, 2023 10:30am



**Grace Caroline Currey, left, and Virginia Gardner in 'Fall'**
Tea Shop Productions

 Listen to this article

**EXCLUSIVE**: Acrophobia sufferers look away now, the makers of vertigo thriller *Fall* are plotting a sequel after the film became an unexpected hit on Netflix internationally.

British producer Tea Shop Productions and director Scott Mann are discussing ideas for a second movie, which will look to unsettle audiences with another terrifying tale set at a great height.

*Fall* premiered last August and stars Grace Caroline Currey (*Shazam! Fury of the Gods*) and Virginia Gardner (*Gaslit*) as friends who scale and get stuck up a 2,000-foot radio tower in the desert.

# DEADLINE

 TIP US

 Justin Willman Unveils New Netflix Series 'The Magic Prank Show' Set For April Launch

 'Avatar: The Last Airbender' Renewed For Two Seasons At Netflix; Live-Action Series Will Conclude With Season 3

The indie thriller grossed close to $22M after being made on a $5M budget and has enjoyed word-of-mouth success on streaming services including Netflix, where it has scored top-10 rankings in four territories. It is available on Starz in the U.S.

*Fall* has been Netflix's second most-watched movie in the UK for two consecutive weeks, with only Idris Elba's *Luther: The Fallen Sun* performing better.

The film debuted on Netflix in the UK in January and Deadline understands it has performed impressively for the streaming service, which has not dedicated marketing resources to the title.

Tea Shop cofounder James Harris said *Fall*'s simple central conceit and carefully curated artwork and trailers have helped get audiences talking.

# DEADLINE

TIP US



"We were pleasantly surprised by how everybody has such a visceral reaction to it," he said. "It is one of those movies where word of mouth really helps."

Mark Lane, Tea Shop's other co-founder, added: "It's an easy thing for people to pick up on a streamer. You can see the concept in the poster image and we're finding that if people try it, they are getting hooked instantly."

Being in control of the marketing materials was important, Harris said. "You can make a good movie but unless you present companies with a way to market it, a lot of the time they mess it up. It was quite important for us to say, 'Shove it,' to people and control how to do the marketing."

The pair have enjoyed success with a similar concept, *47 Meters Down*, which features two women getting stuck at the bottom of the ocean in a shark cage.

They may look to involve Currey in the second film, but no decisions have been made. Jeffrey Dean Morgan (*The Walking Dead*) played Currey's father in the first film. The plan is to "get moving" on the project later this year.

*Fall* was shot in June 2020 with the backing of Capstone Group after a number of studios passed on the picture. Lionsgate later picked up the movie for U.S. theatrical release.

It was shot outside Palmdale, California, with Tea Shop erecting a 20 ft tower on a 100 ft hill to provide a false perspective while the rest was achieved in post-production.

Despite being one of the first films to get rolling during the pandemic, Covid-19 was not always the biggest problem. Filming was shut down for a day after a rare thunderstorm proved to be the catalyst for an ant infestation on the tower.

*Fall* saved around half a million dollars in reshoots by using deep fake technology to dub out all of Currey and Gardner's frantic "f*cks" and make it suitable for PG-13 audiences. Mann's company Flawless provided the artificial intelligence technology for the workaround.

"We had to ditch the best part of 100 shots," Harris said. "It can really save movies from spending millions of dollars on very small reshoots. You can really change the narrative in post in a more affordable way."

Subscribe to Deadline Breaking News Alerts and keep your inbox happy.

READ MORE ABOUT:

FALL  /  GRACE CAROLINE CURREY  /  INTERVIEWS  /  JEFFREY DEAN MORGAN  /  NETFLIX  /  SCOTT MANN  /  TEA SHOP PRODUCTIONS  /  VIRGINIA GARDNER

💬 10 Comments

💬 10 Comments

**Bmovies** *on March 21, 2023 7:27 pm*

I enjoyed this totally cheesy B movie. Not well made but maybe that's why it warrants a sequel? Or just leave it as is – a fun terrible movie. But get drunk and watch with friends the silly/illogical story line might be worth it again!

# DEADLINE

TIP US

**Ron** *on March 19, 2023 8:41 am*

This isn't even on netflix

**Carlos** *on March 19, 2023 2:58 am*

I didn't expect much when I sat down too watch it but found it to be a nail biter

**TDK1** *on March 18, 2023 8:57 am*

Great movie. Can wait for next Fall.

**Anonymous** *on March 17, 2023 2:41 pm*

Lionsgate really dropped the ball not pushing more marketing behind this. It could have been last summers sleeper.

Older Comments →

## Trending on Deadline

**1 /** Debra Byrd Dies: 'American Idol' & 'The Voice' Vocal Coach Was 72 

**2 /** Ben Affleck, Jon Bernthal, J.K. Simmons & Cynthia Addai-Robinson Returning For 'The Accountant 2' As Artists Equity Sets Up Sequel At Amazon MGM 

**3 /** Jim Parsons & Mayim Bialik To Reprise 'Big Bang Theory' Roles In 'Young Sheldon' Finale 

Case 1:23-cv-00426-JMS-WRP     Document 42-2     Filed 03/08/24     Page 7 of 11
                                                  PageID.330

# DEADLINE

TIP US

Contestant Over "Transphobia"; Rowling Says One Has Harassment Claim Against Presenter

5 / Lela Rochon, Yvette Nicole Brown, Orlando Jones, Pooch Hall Among 16 Cast In Carl Weber's 'The Family Business' New Orleans-Set Spinoff 

6 / Steve Lawrence Dies: Grammy- And Emmy-Winning Singer, Partner Of Eydie Gormé Was 88 

7 / Pete Hammond's Final Oscar Predictions: 'Oppenheimer' On Line For A Big Bang On The Big Night; 'The Holdovers', 'Poor Things' & Others Also Will Get Some Love 

8 / Fox Nation Nabs Rights To 'The Chosen' & 'Passion Of The Christ' For Easter 

9 / 'The Real Housewives Of New Jersey' Season 14 Trailer Drops As Bravo Sets Premiere Date For Teresa Giudice's Return 

10 / 'SNL 1975' Origin Movie Finds Its Jim Henson, Michael O'Donoghue & Billy Crystal 

# DEADLINE

## Signup for Breaking News Alerts & Newsletters

Your Email    email@example.com

SIGN UP

# DEADLINE

TIP US



# Latest Film News

**Matt Bomer Joins Keanu Reeves, Jonah Hill And Cameron Diaz In Apple's 'Outcome'**

**'Oppenheimer's David Krumholtz To Star In Dark Comedy 'Forelock'**

**Breaking Baz: Tributes For International Industry Titan Jenne Casarotto From Kathleen Kennedy, Donna Langley, Barbara Broccoli & Many More**

**20th Wins Bidding War For Imagine's Survival Thriller 'Whalefall'; Brian Duffield To Co-Write & Direct**

# Newswire



## Deadline

About Us

Advertise

## Legal

Terms of Use

Accessibility

AdChoices

California Privacy Rights

Your Privacy Choices

EU Privacy Preferences

Sitemap

TV

Film

Awards

Box Office

Business

International

Connect with Us

Get our latest stories in the feed of your favorite networks



Have a Tip?

We want to hear from you! Send us a tip using our annonymous form.

# DEADLINE

TIP US

## Stay in the Know

*Sign up for our breaking news alerts*

Your Email    email@example.com

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.



### OUR SITES

VARIETY

DEADLINE

ROLLING STONE

WWD

HOLLYWOODLIFE

GOLD DERBY

SPY

ROBB REPORT

FOOTWEAR NEWS

BGR

INDIEWIRE

SOURCING JOURNAL

TVLINE

FAIRCHILD MEDIA

SHE KNOWS

# DEADLINE

TIP US