# Exhibit "3"

IMDb

Sign In    Use app

# The Protégé

2021 • R • 1h 49m

00:00 / 02:24

**25 VIDEOS**    **99+ PHOTOS**

Action    Thriller

Rescued as a child by the legendary assassin Moody, Anna is the world's most skilled contract killer. However, when Moody is brutally killed, she vows revenge for the man who taught her ever... Read all

⭐ 6.1/10  38K    ☆ Rate    3,887 ▼274

▾ Top credits

**STREAMING**

bravo

E!

Case 1:23-cv-00426-JMS-WRP     Document 42-3     Filed 03/08/24     Page 3 of 15
PageID.337



Awards    1 win & 1 nomination

Videos 25 >



Trailer 2:25

Watch The Protege                                                        Watch

Photos 200 >



**Samuel L. Jackson**
Moody

**David Rintoul**
Edward Hayes

**Patrick Malahide**
Vohl

**Ray Fearon**
Duquet

**Ori Pfeffer**
Athens

**Robert Patrick**
Billy Boy

**Florin Piersic Jr.**
Ram

**Tudor Chirila**
Petru



**Velizar Binev**
Don Preda

**George Pistereanu**
Vali

**Eva Nguyen Thorsen**
Young Anna

**Alexandru Bordea**
Anna's Father (as Alex Bordea)

Case 1:23-cv-00426-JMS-WRP    Document 42-3    Filed 03/08/24    Page 8 of 15
                                     PageID.342



**Tanja Keller**
Anna's Mother

**Sara Maria Groseanu**
Anna's Sister 1

**Alina Wang**
Anna's Sister 2

**Taj Atwal**
Seema

| Director | Martin Campbell |
| --- | --- |
| Writer | Richard Wenk |

All cast & crew

Production, box office & more at IMDbPro



## Did you know

**Trivia**
In Moody's room (where he received his birthday present) two paintings are visible. The one on the left is Giuseppe Arcimboldo's 'The Summer' (1563), the one on the right is Arcimboldo's 'Spring' (same year). Arcimboldo painted the portraits in what is called "double images paintings" in which a main image is created with other items, in this case, the figure of a face is built with pieces of plants, flowers, etc. It could represent double nature in both main characters: assassins and regular law-abiding citizens.

**Goofs**
The address on the box full of cigars is spelled wrong, Vitenam instead of Vietnam.

**Quotes**
Rembrandt: [while Anna and Rembrandt are fighting in the apartment] Make up your mind. Kill me, or fuck me.

**Connections**
Referenced in Geeks + Gamers: THE PROTEGE: Movie Review - Another John Wick Wannabe?! (2021)

**Soundtracks**
That Loving Feeling
Performed by Isaac Hayes
Written by Tony Joe White
Courtesy of Craft Recordings, a division of Concord

## User reviews 383

+ Review

**FEATURED REVIEW**  ★ 8/10

### Revenge Maggie Q style

When you sometimes read famous actors appear in a movie you may not have heard anything about, mostly the actors are in the movie for a couple of seconds. In this case, especially Michael Keaton really is in this a lot more than I expected. And he is sooooo good in it. It's the Keaton charme you may say - and you would not be wrong.

The movie concentrates on Maggie Q and her mission(s). You may already know what she is after if you watched the trailer, but there are still a few surprises along the way. Also the action is quite well choreographed. Yes Maggie Q, Michael Keaton and others probably only did a small percentage of their stunts - but that is what the stunt people are there for.

And let's not forget: the movie was made by Martin Campbell. Which is the reason this was shown in theatres in America - unfortunately not in Germany though. I can imagine the impact this has on a bigger screen too, but it is not the same. Well made, even if it has the odd cliche once in a while. The actors and the action make up for that ... also the story does take you to wild places ... for better or worse of course, but I'd argue mostly for better.

👍 helpful · 31    👎 9

kosmasp · Nov 10, 2021

## Top picks

Sign in to rate and Watchlist for personalized recommendations

[ Sign in ]

## FAQ 18 >

How long is The Protégé?
Powered by Alexa

## Details

**Release date**  August 20, 2021 (United States)

**Countries of origin**  United Kingdom · United States

**Official sites**  Official Site · Official Site (Japan)

**Languages**  Romanian · Vietnamese · French · English

**Also known as**  The Protege

**Filming locations**  Bucharest, Romania

**Production companies**  Millennium Media · Fourteen Films · I Road Productions

See more company credits at IMDbPro

## Box office

**Gross US & Canada**
$7,446,823

**Opening weekend US & Canada**
$2,908,221 • Aug 22, 2021

**Gross worldwide**
$8,737,253

**IMDbPro** See detailed box office info on IMDbPro

## Technical specs

**Runtime**  1 hour 49 minutes
**Color**  Color
**Sound mix**  Dolby Digital
**Aspect ratio**  2.39 : 1

## Related news

## Contribute to this page
Suggest an edit or add missing content

IMDb Answers: Help fill gaps in our data  >

Learn more about contributing  >

✏ Edit page

## More to explore



Staff Picks: What to Watch in March

See the list



IMDb Staff's Favorite FIlms Directed by Women
See our picks

Recently viewed                                                                                          Clear all

