# Exhibit "4"

