# Exhibit "5"

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. MC 23-00263 JMS-WRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Cox Communications, LLC and CoxCom LLC
on *(date)* 4/17/2023 .

☒ I served the subpoena by delivering a copy to the named person as follows: Cox Communications, LLC and CoxCom LLC

C/O CORPORATION SERVICE CO. 251 LITTLE FALLS DR. WILMINGTON, DE 19808. ACCEPTED BY: LYNANNE GARES

(Authorized person at the agent at 12:15p.m.) on *(date)* 4/17/2023 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/17/2023

_____
Server's signature

GILBERT DEL VALLE                    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc.:

ALSO SERVED: EXHIBIT 1