CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC,
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena ) | **Case No.:** 1:23-cv-00426-JMS-WRP |
| ) | (Copyright) |
| Internet subscribers of Cox ) | |
| Communications, LLC and CoxCom ) | CERTIFICATE OF SERVICE |
| LLC ) | |
| ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Mar. 8, 2024 and by the methods of

service noted below, a true and correct copy of the foregoing served to the following:

Via ECF
JOACHIM P. COX
ABIGAIL M. HOLDEN
JENNIFER A. GOLINVEAUX (pro hac vice forthcoming)
THOMAS J. KEARNEY (pro hac vice forthcoming)
Attorneys for nonparty for CoxCom LLC
251 Little Falls Drive

20-023Ga

Wilmington, DE 19808

<u>Via First Class Mail</u>
*Service per Rule 5(b)(2)(D)*
John Doe
c/o Clerk of Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

DATED: Kailua-Kona, Hawaii, Mar. 8, 2024.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
<u>Kerry S. Culpepper</u>

Attorney for Petitioners
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:       kculpepper@culpepperip.com
Attorney for Petitioners

20-023Ga