CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena | Case No.: 1:23-cv-00426-JMS-WRP (Copyright) |
| Internet subscribers of Cox Communications, LLC and CoxCom LLC | PETITIONERS' FIRST MOTION FOR 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

**PETITIONERS' FIRST MOTION FOR 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Petitioners Voltage Holdings, LLC; Millennium Funding, Inc., and Capstone Studios Corp., by and through their attorney, Kerry S. Culpepper, move this

20-023Ga

honorable court for a 30 day extension of time (up to and including June 25, 2024) to file a notice of appeal. The Motion is made pursuant to Fed. R. App. P. 4(a)(5) and Fed. R. Civ. P. 6(b)(1)(A).

This Motion is based upon the Memorandum in Support thereof, and all pleadings and papers filed in this action, and upon such other matters the Court may entertain.

### L.R. 7.8 Certification

Petitioners maintain their position that Cox is not a party to this proceeding. Out of an abundance of caution, Petitioners make this motion following conference with counsel for Cox pursuant to L.R. 7.8 which took place on April 28 and April 30, 2024. Cox's counsel stated that it did not object to the requested extension in principle but would review the specific language of the request.

DATED: Kailua-Kona, Hawaii, May 8, 2024.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Petitioners

20-023Ga