CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In re Subpoena | ) | Case No.: 1:23-cv-00426-JMS-WRP |
|---|---|---|
| | ) | (Copyright) |
| Internet subscribers of Cox | ) | |
| Communications, LLC and CoxCom | ) | MEMORANDUM IN SUPPORT OF |
| LLC | ) | PETITIONERS' FIRST MOTION |
| | ) | FOR 30 DAY EXTENSION OF |
| | ) | TIME TO FILE NOTICE OF |
| | ) | APPEAL |
| | ) | |

**MEMORANDUM IN SUPPORT OF PETITIONERS' FIRST MOTION FOR 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

Petitioners Voltage Holdings, LLC; Millennium Funding, Inc.; and Capstone Studios Corp., by and through their attorney, Kerry S. Culpepper, motion for a 30 day extension of time (up to and including June 25, 2024) to file a notice of appeal. The Motion is made pursuant to Fed. R. App. P. 4(a)(5) and Fed. R. Civ. P. 6(b)(1)(A).

1

On April 26, 2024, the Court issued an Order [Doc. #44] denying Petitioner' motion for Reconsideration[1]. Pursuant to Fed. R. App. P. 4(a)(1) and 4(a)(4)(A), Petitioners have until May 27, 2024 (May 26 being a Sunday) to file a Notice of Appeal.

Fed. R. App. P. 4(a)(5)(A) provides that the Court may extend the deadline to file a notice of appeal if the motion for the extension is made "no later than 30 days after the time prescribed by this Rule 4(a) expires". Petitioners have filed this motion prior to the May 27, 2024 deadline provided by Rule 4(a)(4)(A).

Fed. R. App. P. 4(a)(5)(A)(ii) further provides that the standard is "excusable neglect or good cause."

Likewise, Fed. R. Civ. P. 6(b)(1) provides that the Court may extend a deadline for good cause when the motion is filed before the deadline expires as in the present circumstance.

Counsel for Petitioners Kerry Culpepper is lead counsel for Plaintiffs in a lawsuit in the District of Colorado that has a fact discovery cut-off of May 21, 2024 and in a contested matter in the Bankruptcy Court for the Southern District of New York (S.D.N.Y.) that has a fact discovery cut-off of June 13, 2024. Accordingly, Mr. Culpepper is intensely busy conducting and defending depositions in the Col.

---

[1] Petitioners' counsel destroyed the electronic file received from Cox containing the names and addresses of individuals using the IP addresses in compliance with the Order on or about April 27, 2024.

action and completing discovery in the S.D.N.Y. contested matter. Therefore, there is good cause to extend the deadline by 30 days to June 25, 2024 for Mr. Culpepper to consult with his clients and file a notice of appeal after completing the critical stages in the Col. and S.D.N.Y matters.

WHEREFORE, Petitioners pray that this Court grant their motion and extend their deadline to file a notice of appeal by 30 days up to and including June 25, 2024.

DATED: Kailua-Kona, Hawaii, May 8, 2024.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Petitioners