CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena | Case No.: 1:23-cv-00426-JMS-WRP (Copyright) |
| Internet subscribers of Cox Communications, LLC and CoxCom LLC | PETITIONERS' MOTION TO SUPPLEMENT RECORD FOR APPEAL; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "1"; CERTIFICATE OF SERVICE |

**PETITIONERS' MOTION TO SUPPLEMENT RECORD FOR APPEAL**

Petitioners Voltage Holdings, LLC; Millennium Funding, Inc., and Capstone Studios Corp., by and through their attorney, Kerry S. Culpepper, move this honorable court for leave to supplement the record for appeal with the invoice

20-023Ga

shown as Exhibit "1". The Motion is made pursuant to Fed. R. App. P. 10(e)(1) and (2) and this Court's inherent authority.

This Motion is based upon the Memorandum in Support thereof, and all pleadings and papers filed in this action, and upon such other matters the Court may entertain.

### L.R. 7.8 Certification

Petitioners maintain their position that Cox is not a party to this proceeding. Out of an abundance of caution, Petitioners make this motion following conferences by email with counsel for Cox pursuant to L.R. 7.8. Petitioners' counsel emailed Cox counsel on May 14 to inquire on Cox's position on this motion and what redactions Cox requested for Exhibit "1". Cox's counsel replied on May 17 inquiring on the legal basis for Petitioners' motion. Petitioners' counsel replied that same day and pointed out the legal arguments in this motion. On May 24, 2024, Cox's counsel replied by stating Cox disagreed with Petitioners' characterization of the Order and reserved right to oppose the motion in writing, but Cox did not provide the requested redactions. That same day, Petitioners' counsel reiterated the request for the proposed redactions. On May 28, 2024, Cox finally provided a proposed redacted version of the invoice included as Exhibit "1".

DATED: Kailua-Kona, Hawaii, June 4, 2024.

20-023Ga

CULPEPPER IP, LLLC


<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
Attorney for Petitioners

20-023Ga