**Exhibit "1"**

Subpoena Compliance Office
Cox Communications, Inc.
6205B Peachtree Dunwoody Road, 16th Floor
Atlanta, GA 30328
(404) 269-0100
FAX: (404) 269-1898
subpoenaresponse@cox.com

PAYOR COPY

June 27, 2023

TO:   Kerry S. Culpepper

RE:   Charges for Response to Attached Subpoena

Reference # 23-_____                                                    Invoice #  22982

# INVOICE

To defray cost of compliance, payment of the following charges is required for the response provided by Cox Communications to the attached request for production of information or records.   Payment is due upon receipt.

**Cost Reimbursement**       (18 U.S.C. section 2706)

| | | |
|---|---|---|
| ___ | $50.00 | Per account for basic information |
| ___ | $40.00 | Per account for alarm activity information/video/images/audio |
| ___ | $25.00 | Per account for alarm activity information (Cox Customers only) |
| ___ | $100.00 | Expedited handling |
| ___ | $50.00/Month (Flat rate) | Telephone call detail records (other than toll) |
| ___ | No Charge | Telephone toll records and basic Cox telephone subscriber records |
| ___ | $25.00/first 3 months, $25 each addt'l | Telephone call detail records (civil cases for Cox customers) |
| ___ | $5.00 | Per account in excess of 10 telephone subscribers* |
| ___ | $75.00/Hr./Staff | Requests requiring greater than 0.5 hours ($40.00 minimum) |
| ___ | $80.00 | For preservation requests |
| ___ | No Charge | Non-expedited ICAC or harrassing or abusive calls investigations |
| ___ | Pen Register/Trap and Trace | $1,550 initial install, $1,000/mo |
| ___ | Wiretap | $2,100 initial install, $1,775/mo |

**Copyright Infringement Cases**

| | | |
|---|---|---|
| ___ | $60.00/per IP Address | 1-10 IP Addresses |
| ___ | $55.00/per IP Address | 11-20 IP Addresses |
| ___ | $50.00/per IP Address | 21 & up IP Addresses |

*Telephone subscriber requests in excess of 10 accounts or otherwise voluminous may be charged under 18 USC 2706.
Telephone account information in civil cases are charged $50.00 per account.

For more information: http://www.cox.com/Policy/leainformation/default.asp or call (404) 269-0100
Law Enforcement Agents can check service providers at http://www.npac.com.

**TOTAL:**             _____

**Make checks payable to Cox Communications** _____
_____
**Include the Reference and Invoice #'s from above along with payment**

Mail to:  Cox Communications
         Subpoena Compliance/Legal Dept.
         6205-B Peachtree Dunwoody Road, 16th Floor
         Atlanta, GA 30328

Subpoena Compliance Office
Cox Communications, Inc.
6205B Peachtree Dunwoody Road, 16th Floor
Atlanta, GA 30328
(404) 269-0100
FAX: (404) 269-1898
subpoenaresponse@cox.com

REMITTANCE COPY

June 27, 2023

TO:   Kerry S. Culpepper
RE:   Charges for Response to Attached Subpoena

**Reference # 23 -** ▆▆▆▆▆▆▆▆▆▆                                    *Invoice #*   22982

# **I N V O I C E**

To defray cost of compliance, payment of the following charges is required for the response provided by Cox Communications to the attached request for production of information or records.  Payment is due upon receipt.

**Cost Reimbursement**          (18 U.S.C. section 2706)

| | | |
|---|---|---|
| __ | $50.00 | Per account for basic information |
| __ | $40.00 | Per account for alarm activity information/video/images/audio |
| __ | $25.00 | Per account for alarm activity information (Cox Customers only) |
| __ | $100.00 | Expedited handling |
| __ | $50.00/Month (Flat rate) | Telephone call detail records (other than toll) |
| __ | No Charge | Telephone toll record and basic Cox telephone subscriber records |
| __ | $25.00/first 3 months, $25 each addt'l | Telephone call detail records (civil cases for Cox customers) |
| __ | $5.00 | Per account in excess of 10 telephone subscribers* |
| — | $75.00/Hr./Staff | Requests requiring greater than 0.5 hours ($40.00 minimum) |
| | $80.00 | For preservation requests |
| __ | No Charge | Non-expedited ICAC, harrasing or abusive calls investigations. |
| __ | Pen Register/Trap and Trace | $1,550 initial request, $1,000/mo |
| __ | Wiretap | $2,100 initial request, $1,775/mo |

**Copyright Infringement Cases**

| | | |
|---|---|---|
| ▆▆▆▆ | $60.00/per IP Address | 1-10 IP Addresses |
| _____ | $55.00/per IP Address | 11-20 IP Addresses |
| _____ | $50.00/per IP Address | 21 & up IP Addresses |

**\*Telephone subscriber requests in excess of 10 accounts or otherwise voluminous may be charged under 18 USC 2706.
Telephone account information in civil cases are charged at $50.00 per account.**

For more information: http://www.cox.com/Policy/leainformation/default.asp or call (404) 269-0100
Law Enforcement Agents can check service providers at http://www.npac.com.

**TOTAL:**                              ▆▆▆▆▆▆▆

**Make checks payable to Cox Communications** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆

**Include the Reference and Invoice #'s  from above along with payment**

**Mail to: Cox Communications
        Subpoena Compliance/Legal Dept.
        6205-B Peachtree Dunwoody Road, 16th Floor
        Atlanta, GA 30328**

# Cox Subpoena Compliance Credit Card Authorization Form

Instructions:
1. Complete and sign
2. Return by mail:

Subpoena Compliance
Attn: Jacqueline Murray
Cox Communications
6205-B Peachtree Dunwoody Road, 16th Floor
Atlanta, GA 30328

By fax:   Fax 404 269 1898
Or email: jacqueline.murray@cox.com

Cox Communications, Inc.

ALL credit card info is shredded.

Reference # 23 - ▮▮▮▮▮

Invoice #   22982

Cardholder Name: _____

Card Type:   ☐ American Express   ☐ Visa   ☐ Mastercard

Card Number: _____

VID Code: _____

Expiration Date:   Month ____   Year ____

Billing Address: _____
_____
_____

Contact:
Phone _____
Email _____
Fax _____

I authorized a charge against this card in the amount of   $ ____

_____
Cardholder Signature

_____
Date