# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **DISTRICT OF HAWAII**

U.S. District Court case number: **1:23-cv-00426-JMS-WRP**

Date case was first filed in U.S. District Court: **04/13/2023**

Date of judgment or order you are appealing: **04/26/2024**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Capstone Studios Corp.

Is this a cross-appeal?  ○ Yes   ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

75-170 Hualalai Road

Suite B204

City: **Kailua Kona**    State: **HI**    Zip Code: **96740**

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ Kerry S. Culpepper    **Date**  Jun 24, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

**Feedback or questions about this form? Email us at forms@ca9.uscourts.gov**

**Form 1**                                              *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Capstone Studios Corp.

Name(s) of counsel (if any):

Kerry S. Culpepper

Address: 75-170 Hualalai Road, Suite B204, Kailua Kona, HI 96740

Telephone number(s): 808-464-4047

Email(s): kculpepper@culpepperip.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

CoxCom LLC

Name(s) of counsel (if any):

JENNIFER A. GOLINVEAUX

Address: 101 California Street, 35th Floor, San Francisco, CA 94111

Telephone number(s): 415-591-1000

Email(s): JGolinveaux@winston.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?     ○ Yes     ○ No

**Appellees**

Name(s) of party/parties:

CoxCom LLC

Name(s) of counsel (if any):

THOMAS J. KEARNEY

Address: 101 California Street, 35th Floor, San Francisco, CA 94111

Telephone number(s): 415-591-1000

Email(s): TKearney@winston.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *Rev. 12/01/2018*