

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-3978
Originating Case Number: 1:23-cv-00426-JMS-WRP

Case Title: Capstone Studios Corp., et al. v. CoxCom LLC

**Tuesday, July 2, 2024**

| | |
|---|---|
| Capstone Studios Corp. | Mediation Questionnaire due |
| Millennium Funding, Inc. | Mediation Questionnaire due |
| Voltage Holdings, LLC | Mediation Questionnaire due |

**Monday, August 12, 2024**

| | |
|---|---|
| Capstone Studios Corp. | Appeal Opening Brief (No Transcript Due) |
| Millennium Funding, Inc. | Appeal Opening Brief (No Transcript Due) |
| Voltage Holdings, LLC | Appeal Opening Brief (No Transcript Due) |

**Thursday, September 12, 2024**

| | |
|---|---|
| CoxCom LLC | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**