# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 27, 2024

To All Counsel of Record as Appellees:

    IN RE:    Capstone Studios Corp., et al. v. CoxCom LLC

             CV NO.       23-00426 JMS-WRP

             CA NO.       24-3978

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on June 24, 2024.

    All counsel (or Pro Se) please read and follow the enclosed instructions.  Thank you.

                            Sincerely,

                            LUCY H. CARRILLO,  CLERK

                            /S/ LUCY H. CARRILLO, by: JI, Deputy Clerk

Enclosures