# U.S. District Court
## District of Hawaii (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00426-JMS-WRP

| | |
|---|---|
| In Re: Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC | Date Filed: 04/13/2023 |
| Assigned to: JUDGE J. MICHAEL SEABRIGHT | Date Terminated: 01/30/2024 |
| Referred to: MAGISTRATE JUDGE WES REBER PORTER | Jury Demand: None |
| Case in other court:  Ninth Circuit Court of Appeals, 24-03978 | Nature of Suit: 190 Contract: Other |
| Cause: Civil Miscellaneous Case | Jurisdiction: U.S. Government Plaintiff |

## In Re

**In The Matter Of:**
*Subpoena of Internet subscribers of Cox Communications, LLC and CoxCom LLC*

**Petitioner**

| | | |
|---|---|---|
| **Voltage Holdings, LLC** | represented by | **Kerry S. Culpepper**<br>75-170 Hualalai Road<br>Suite B204<br>Kailua Kona, HI 96740<br>808-464-4047<br>Fax: 202-204-5181<br>Email: kculpepper@culpepperip.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Millennium Funding, Inc.** | represented by | **Kerry S. Culpepper**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Capstone Studios Corp.** | represented by | **Kerry S. Culpepper**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Interested Party**

| | | |
|---|---|---|
| **John Doe**<br>*I.P. Address: 50.159.108.38* | represented by | **John Doe**<br>Las Vegas, NV<br>PRO SE |

**Interested Party**

**Cox Communications, LLC**

**Interested Party**

| | | |
|---|---|---|
| CoxCom LLC | represented by | **Jennifer A. Golinveaux**<br>Winston & Strawn LLP<br>101 California Street 35th Fl.<br>San Francisco, CA 94111<br>(415) 591-1000<br>Email: jgolinveaux@winston.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joachim P. Cox**<br>Cox Fricke A Limited Liability Law Partnership LLP<br>800 Bethel Street<br>Suite 600<br>Honolulu, HI 96813<br>585-9440<br>Email: jcox@cfhawaii.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas J. Kearney**<br>Winston & Strawn LLP<br>101 California Street 35th Fl.<br>San Francisco, CA 94111<br>(415) 591-1000<br>Email: tkearney@winston.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Abigail Marie Holden**<br>Cox Fricke LLP<br>800 Bethel Street<br>Suite 600<br>Honolulu, HI 96813<br>808 585-9440<br>Email: aholden@cfhawaii.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2023 | 1 | Miscellaneous Case Filing Fee/USA Applications *APPLICATION FOR 512(h) SUBPOENA*, filed by Voltage Holdings, LLC Millennium Funding, Inc., and Capstone Studios Corp. Filing fee $ 49, Receipt number AHIDC-2826134., (Attachments: # 1 Declaration of Counsel, # 2 Exhibit "1", # 3 Exhibit "2", # 4 Proposed DMCA subpoena) (Culpepper, Kerry) Modified on 4/13/2023 (jtt1) (Entered: 04/13/2023) |
| 04/13/2023 | 2 | NOTICE of Case Assignment: Please reflect Miscellaneous case number MC 23-00263 JMS-WRP on all further pleadings. (jtt1) (Entered: 04/13/2023) |
| 04/13/2023 | 3 | Subpoena Issued as to Cox Communications, LLC and CoxCom LLC. (jtt1) (Entered: 04/13/2023) |

| | | |
|---|---|---|
| 05/24/2023 | 4 | LETTER/MOTION to Quash Subpoena by Interested Party John Doe (Attachments: # 1 Mailing Envelope)<br>(jni) (Entered: 05/25/2023) |
| 05/24/2023 | | COURT'S CERTIFICATE of Service - a copy of 4 Motion to Quash was not served upon filing party; no return address provided. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (jni) (Entered: 05/25/2023) |
| 05/26/2023 | 5 | EO: Regarding 4 Letter from John Doe at IP Address: 50.159.108.38, which has been construed as a Motion to Quash Subpoena, the Court DIRECTS the Petitioners to file a response no later than 6/12/2023; any reply shall be filed no later than 7/3/2023. Thereafter, the Court will determine whether to set a hearing or issue the appropriate order.<br><br>Petitioners shall serve a copy of this EO, as well as their Opposition, on John Doe and shall file certificates of service reflecting such service.<br><br>John Doe is referred to the Court's website for information regarding pro se representation.<br><br>(MAGISTRATE JUDGE WES REBER PORTER)<br>(jo) (Entered: 05/26/2023) |
| 05/29/2023 | 6 | MEMORANDUM in Opposition re 4 MOTION to Quash filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC. (Attachments: # 1 Exhibit "1") (Culpepper, Kerry) (Entered: 05/29/2023) |
| 05/30/2023 | 7 | CERTIFICATE OF SERVICE by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC re 6 Memorandum in Opposition to Motion, 5 Set Ripe Deadline,, (Culpepper, Kerry) (Entered: 05/30/2023) |
| 08/31/2023 | 8 | FINDINGS AND RECOMMENDATION to Grant John Doe's Motion to Quash 512(h) Subpoena (Re 4 ). Signed by MAGISTRATE JUDGE WES REBER PORTER on 8/31/2023. - The Court FINDS AND RECOMMENDS that the 512(h) Subpoena be QUASHED and that Petitioners be ordered return and/or destroy any information derived from the Subpoena, to maintain no further record of the information obtained the Subpoena, and to make no further use of the subscriber data obtained from the Subpoena. Additionally, the Court ORDERS Petitioners to serve a copy of this Findings and Recommendation on Cox Communications, LLC and CoxCom LLC with instructions for each to provide this Findings and Recommendation to John Doe, I.P. Address: 50.159.108.38. (mdc) (Entered: 08/31/2023) |
| 08/31/2023 | 9 | CERTIFICATE OF SERVICE by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC re 8 FINDINGS AND RECOMMENDATIONS re 4 MOTION to Quash filed by John Doe *Certificate of Service on Cox* (Culpepper, Kerry) (Entered: 08/31/2023) |
| 09/11/2023 | 10 | OBJECTION re 8 FINDINGS AND RECOMMENDATIONS re 4 MOTION to Quash filed by John Doe filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC. (Attachments: # 1 Memorandum in support of objection, # 2 Exhibit "1", # 3 Certificate of Service)(Culpepper, Kerry) (Entered: 09/11/2023) |
| 09/26/2023 | 11 | NOTICE of Appearance by Joachim P. Cox on behalf of Cox Communications, LLC, CoxCom LLC on behalf of Cox Communications, LLC, CoxCom LLC. (Cox, Joachim) (Entered: 09/26/2023) |
| 09/26/2023 | 12 | NOTICE of Appearance by Abigail Marie Holden on behalf of Cox Communications, LLC, CoxCom LLC on behalf of Cox Communications, LLC, CoxCom LLC. (Holden, Abigail) (Entered: 09/26/2023) |

| Date | # | Description |
|---|---|---|
| 09/26/2023 | 13 | NOTICE by Cox Communications, LLC, CoxCom LLC re 10 Objection, *(Non-parties Cox Communications, LLC and CoxCom LLCs Notice of Intent to Respond to Objections to Magistrate Judges Findings and Recommendation; Certificate of Service)* Cox Communications, LLC, CoxCom LLC. (Holden, Abigail) (Entered: 09/26/2023) |
| 09/28/2023 | 14 | AMENDED DOCUMENT by CoxCom LLC. Amendment to 11 Notice of Appearance *(Amended Notice of Appearance of Counsel for Non-Party CoxCom LLC)*. (Cox, Joachim) (Entered: 09/28/2023) |
| 09/28/2023 | 15 | AMENDED DOCUMENT by CoxCom LLC. Amendment to 12 Notice of Appearance *(Amended Notice of Appearance of Counsel for Non-Party CoxCom LLC)*. (Holden, Abigail) (Entered: 09/28/2023) |
| 09/28/2023 | 16 | AMENDED DOCUMENT by CoxCom LLC. Amendment to 13 Notice (Other), *(Non-Party CoxCom LLCs Amended Notice of Intent to Respond to Objections to Magistrate Judges Findings and Recommendation; Certificate of Service)*. (Holden, Abigail) (Entered: 09/28/2023) |
| 09/28/2023 | 17 | Corporate Disclosure Statement by CoxCom LLC identifying Corporate Parent Cox Communications, Inc. for CoxCom LLC.. (Holden, Abigail) (Entered: 09/28/2023) |
| 09/28/2023 | 18 | RESPONSE re 10 Objection, *(CoxCom LLCs Response to Objections to Magistrate Judges Findings and Recommendation [Dkt. 10]; Certificate of Service)* filed by CoxCom LLC. (Holden, Abigail) (Entered: 09/28/2023) |
| 09/29/2023 | 19 | MOTION for Pro Hac Vice *[Jennifer A. Golinveaux]* Filing fee $ 300, receipt number AHIDC-2900798.Abigail Marie Holden appearing for Interested Party CoxCom LLC (Attachments: # 1 Declaration of Counsel [Abigail M. Holden], # 2 Order Granting Motion for PHV Admission [Jennifer A. Golinveaux])(Holden, Abigail) (Entered: 09/29/2023) |
| 09/29/2023 | 20 | MOTION for Pro Hac Vice *[Thomas J. Kearney]* Filing fee $ 300, receipt number AHIDC-2900808.Abigail Marie Holden appearing for Interested Party CoxCom LLC (Attachments: # 1 Declaration of Counsel [Abigail M. Holden], # 2 Order Granting Motion for PHV Admission [Thomas J. Kearney])(Holden, Abigail) (Entered: 09/29/2023) |
| 10/02/2023 | 21 | ORDER Granting Motion to Appear Pro Hac Vice (Re 19 ). Signed by MAGISTRATE JUDGE WES REBER PORTER on 10/2/2023. (mdc) (Attorney Jennifer A. Golinveaux added to docket for party CoxCom LLC.) (mdc) (Entered: 10/02/2023) |
| 10/02/2023 | 22 | ORDER Granting Motion to Appear Pro Hac Vice (Re 20 ). Signed by MAGISTRATE JUDGE WES REBER PORTER on 10/2/2023. (mdc) (Attorney Thomas J. Kearney added to docket for party CoxCom LLC.) (mdc) (Entered: 10/02/2023) |
| 10/02/2023 | 23 | EO: The court grants leave, under LR74.1(c), for Petitioner to file a Reply to CoxCom LLC's Response (ECF No. 18 ) to Petitioner's Objections (ECF No. 10 ) to the Magistrate Judge's Findings and Recommendation (ECF No. 8 ) by October 12, 2023.<br><br>(JUDGE J. MICHAEL SEABRIGHT)(rlfh) (Entered: 10/02/2023) |
| 10/02/2023 |  | COURT'S CERTIFICATE of Service - a copy of 23 Entering Order, has been served by First Class Mail pursuant to Rule 5(b)(2)(D) to John Doe, c/o Clerk of Court - District of Hawaii, 300 Ala Moana Blvd. C-338, Honolulu, HI 96850 on October 2, 2023. Registered Participants of CM/ECF received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (rlfh) (Entered: 10/02/2023) |
| 10/09/2023 | 24 | Petitioners' REPLY *IN SUPPORT OF THEIR* 10 *OBJECTIONS TO MAGISTRATE JUDGES FINDINGS AND RECOMMENDATION TO GRANT JOHN DOES MOTION TO QUASH* filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, |

| | | |
|---|---|---|
| | | LLC. (Attachments: # 1 Certificate of Service)(Culpepper, Kerry) Modified on 10/10/2023 (eta). (Entered: 10/09/2023) |
| 10/17/2023 | 25 | NOTICE of Case Assignment; Please reflect Civil case number CV 23-00426JMS-WRP on all further pleadings. Case MC 23-00263JMS-WRP has been closed. (apg) (Entered: 10/17/2023) |
| 11/08/2023 | 26 | ORDER REQUESTING SUPPLEMENTAL EVIDENCE re 10 - Signed by JUDGE J. MICHAEL SEABRIGHT on 11/8/2023.<br><br>Accordingly, so that the court may address Petitioners' Objections to the F&R on a full record, the court requests that CoxCom, LLC file with the court appropriate evidentiary proof that it is or is not an internet service provider under 17 U.S.C. § 512(a) for purposes of the subpoena issued in this matter. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C) (allowing district judge to receive further evidence in resolving objection to F&R). A declaration by an appropriate corporate representative with personal knowledge of the relevant statutory factors would appear to be sufficient. Such a declaration or other evidence is due by **November 22, 2023**. Petitioners may file a response to CoxCom, LLC's submission by **December 6, 2023**.<br><br>(eta) (Entered: 11/08/2023) |
| 11/21/2023 | 27 | Letter addressed to Judge Seabright from Abigail M. Holden, Esq., dated November 21, 2023, re: request for a continuance of the deadline to file declaration.<br>(jni) (Entered: 11/21/2023) |
| 11/22/2023 | 28 | EO: CoxCom LLC's letter request for extension, ECF No. 27, is GRANTED. The deadline to respond to the court's November 8, 2023, Order is extended to November 29, 2023. Any response is due by December 13, 2023.<br><br>(JUDGE J. MICHAEL SEABRIGHT)(shm) (Entered: 11/22/2023) |
| 11/29/2023 | 29 | Declaration *of Amber Hall in Response to Order Requesting Supplemental Evidence (Dkt. No 26)*. (Attachments: # 1 Certificate of Service)(Holden, Abigail) (Entered: 11/29/2023) |
| 12/05/2023 | 30 | RESPONSE re 29 Declaration filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC. (Attachments: # 1 Certificate of Service)(Culpepper, Kerry) (Entered: 12/05/2023) |
| 01/30/2024 | 31 | ORDER OVERRULING OBJECTIONS, ECF NO. 10, AND ADOPTING FINDINGS AND RECOMMENDATION TO QUASH 512(h) SUBPOENA, ECF NO. 8 re 8 - Signed by JUDGE J. MICHAEL SEABRIGHT on 1/30/2024.<br><br>The court OVERRULES Petitioners' Objections, ECF No. 10, and ADOPTS the Magistrate Judge's August 31, 2023 Finding and Recommendation to quash Petitioners' Subpoena, ECF No. 8. Petitioners' 512(h) Subpoena is QUASHED. No later than one week after the date of this Order, Petitioners are ordered to return and/or destroy any information derived from the Subpoena, to maintain no further record of the information obtained the Subpoena, and to make no further use of the subscriber data obtained from the Subpoena.<br><br>(jni) (Entered: 01/30/2024) |
| 01/31/2024 | 32 | Emergency MOTION to Stay re 31 Order Adopting Findings and Recommendations,,,, Order on Findings and Recommendations,,, *URGENT MOTION FOR STAY PENDING APPEAL* Kerry S. Culpepper appearing for Petitioners Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC (Attachments: # 1 Memorandum in support of motion, # 2 Declaration of Counsel, # 3 Exhibit "1", # 4 Certificate of Service) (Culpepper, Kerry) (Entered: 01/31/2024) |
| 02/01/2024 | 33 | EO: Petitioners have filed an "Urgent Motion for Stay Pending Appeal" ("Motion for Stay"), ECF No. 32 , regarding the court's order for Petitioners "[n]o later than one week |

|  |  |  | after [January 30, 2024] to return and/or destroy any information derived from the Subpoena, to maintain no further record of the information obtained from the Subpoena, and to make no further use of the subscriber data obtained from the Subpoena." *See* ECF No. 31 at PageID.173. Upon review of the Motion to Stay, the court temporarily SUSPENDS the requirements "to return and/or destroy any information" and "to maintain no further record of the information" so as to allow CoxCom LLC to file a Response to the Motion to Stay. Accordingly, Cox is DIRECTED to file a Response by **February 15, 2024**. After review of a Response, the Court will decide whether to stay any requirements pending any appeal.

In the meantime, the parties are to maintain the status quo while the court decides the Motion for Stay. That is, Petitioners are still required to "made no further use of the subscriber data" while the court decides the Motion for Stay.

Petitioners are also DIRECTED to file a Statement as to whether (and if so, how) the subpoenaed information has been used, to include whether other litigation has been filed in other districts. Such a Statement is also due by **February 15, 2024**.

(JUDGE J. MICHAEL SEABRIGHT)(rlfh) (Entered: 02/01/2024) |
|---|---|---|---|
| 02/10/2024 | 34 |  | RESPONSE re 33 Link,,,,,,, Set Ripe Deadline,,,,, *Petitioners' Statement* filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC. (Attachments: # 1 Certificate of Service)(Culpepper, Kerry) (Entered: 02/10/2024) |
| 02/12/2024 | 35 |  | First MOTION for Reconsideration re 31 Order Adopting Findings and Recommendations,,,, Order on Findings and Recommendations,,, Kerry S. Culpepper appearing for Petitioners Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC (Attachments: # 1 Memorandum in support, # 2 Declaration of David Cox; Ex. 1-2, # 3 Exhibit "C", # 4 Certificate of Service)(Culpepper, Kerry) (Entered: 02/12/2024) |
| 02/14/2024 | 36 |  | EO: On February 12, 2024, Petitioners filed a Motion for Reconsideration of the court's January 30, 2024 Order Adopting Findings and Recommendation. *See* ECF No. 35 . Under Local Rule 60.1, no opposition or reply shall be filed unless directed by the court. Accordingly, the court DIRECTS that an Opposition/Response be filed to the Motion for Reconsideration. Any Opposition/Response is due by February 28, 2024. No Reply shall be filed.

(JUDGE J. MICHAEL SEABRIGHT)(rlfh) (Entered: 02/14/2024) |
| 02/15/2024 | 37 |  | *Coxcom LLC's* RESPONSE *to Petitioner's Motion for Stay Pending Appeal* re 32 Emergency MOTION to Stay re 31 Order Adopting Findings and Recommendations,,,, Order on Findings and Recommendations,,, *URGENT MOTION FOR STAY PENDING APPEAL (CoxCom LLCs Response to Petitioners Motion for Stay Pending Appeal, Pursuant to Court Order [Dkt. No. 33])* filed by CoxCom LLC. (Attachments: # 1 Certificate of Service)(Cox, Joachim) Modified on 2/15/2024 (jni) (Entered: 02/15/2024) |
| 02/28/2024 | 38 |  | RESPONSE re 35 First MOTION for Reconsideration re 31 Order Adopting Findings and Recommendations,,,, Order on Findings and Recommendations,,, filed by CoxCom LLC. (Attachments: # 1 Certificate of Service)(Holden, Abigail) (Entered: 02/28/2024) |
| 02/28/2024 | 39 |  | MOTION to Strike *re 35 [CoxCom LLCs Motion to Strike Declaration of David Cox [Doc # 35-2] Filed in Support of Petitioners Motion for Reconsideration of Order Overruling Petitioners Objections [Dkt. No. 35]]* Abigail Marie Holden appearing for Interested Party CoxCom LLC (Attachments: # 1 Memorandum in Support of Motion, # 2 Declaration of |

| | | |
|---|---|---|
| | | Thomas J. Kearney, # 3 Exhibit A (2024.02.20 Email), # 4 Certificate of Service)(Holden, Abigail) Modified on 2/29/2024 to add link. (jni) (Entered: 02/28/2024) |
| 02/28/2024 | 40 | REPLY re 37 Response,, 32 Emergency MOTION to Stay re 31 Order Adopting Findings and Recommendations,,,, Order on Findings and Recommendations,,, *URGENT MOTION FOR STAY PENDING APPEAL*, 33 Link,,,,,, Set Ripe Deadline,,,,, filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC. (Attachments: # 1 Declaration of [Redacted], # 2 Certificate of Service)(Culpepper, Kerry) (Entered: 02/28/2024) |
| 02/29/2024 | 41 | EO: The briefing schedule on CoxCom LLC's Motion to Strike, filed February 28, 2024, is as follows:<br><br>Petitioners' Opposition is due by March 11, 2024.<br>CoxCom LLC's Reply is due by March 21, 2024.<br><br>(JUDGE J. MICHAEL SEABRIGHT)(rlfh) (Entered: 02/29/2024) |
| 03/08/2024 | 42 | MEMORANDUM in Opposition re 39 MOTION to Strike *[CoxCom LLCs Motion to Strike Declaration of David Cox [Doc # 35-2] Filed in Support of Petitioners Motion for Reconsideration of Order Overruling Petitioners Objections [Dkt. No. 35]]* filed by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Certificate of Service)(Culpepper, Kerry) (Entered: 03/08/2024) |
| 03/21/2024 | 43 | REPLY re 39 MOTION to Strike *[CoxCom LLCs Motion to Strike Declaration of David Cox [Doc # 35-2] Filed in Support of Petitioners Motion for Reconsideration of Order Overruling Petitioners Objections [Dkt. No. 35]]* filed by CoxCom LLC. (Attachments: # 1 Certificate of Service)(Holden, Abigail) (Entered: 03/21/2024) |
| 04/26/2024 | 44 | ORDER (1) GRANTING COX'S MOTION TO STRIKE, ECF NO. 39 ; (2) DENYING PETITIONERS' MOTION FOR RECONSIDERATION, ECF NO. 35 ; AND (3) CLARIFYING RELIEF AND DENYING PETITIONERS' MOTION TO STAY, ECF NO. 32 - Signed by JUDGE J. MICHAEL SEABRIGHT on 4/26/2024. (eta) (Entered: 04/26/2024) |
| 05/08/2024 | 45 | MOTION 30 DAY EXTENSION OF TIME TO FILE NOTICE OF APPEAL Kerry S. Culpepper appearing for Petitioners Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC (Attachments: # 1 Memorandum in support of motion, # 2 Certificate of Service)(Culpepper, Kerry) (Entered: 05/08/2024) |
| 05/08/2024 | 46 | EO: Petitioners' Motion for 30 Day Extension of Time to File Notice of Appeal, ECF No. 45 is GRANTED for good cause shown. The deadline to file a Notice of Appeal is extended to June 25, 2024.<br><br>(JUDGE J. MICHAEL SEABRIGHT)(rlfh) (Entered: 05/08/2024) |
| 06/04/2024 | 48 | MOTION TO SUPPLEMENT RECORD FOR APPEAL Kerry S. Culpepper appearing for Petitioners Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC (Attachments: # 1 Memorandum in support of motion, # 2 Exhibit "1", # 3 Certificate of Service)(Culpepper, Kerry) (Entered: 06/04/2024) |
| 06/07/2024 | 49 | ORDER DENYING PETITIONERS' MOTION TO SUPPLEMENT RECORD FOR APPEAL, ECF NO. 48 re 48 - Signed by JUDGE J. MICHAEL SEABRIGHT on 6/7/2024.<br>(jni) (Entered: 06/07/2024) |

| | | |
|---|---|---|
| 06/24/2024 | 50 | **NOTICE OF APPEAL** as to 40 Order on Motion for Miscellaneous Relief, 44 Order on Motion to Stay,, Order on Motion for Reconsideration,, Order on Motion to Strike, 31 Order Adopting Findings and Recommendations,,,, Order on Findings and Recommendations,,, by Capstone Studios Corp.; USCA No. 24-3978. Filing fee $ 605, receipt number AHIDC-3018819. Appeal Record due by 7/8/2024. (Culpepper, Kerry) Modified on 6/25/2024 (jni) Modified on 6/27/2024 (jni) (Entered: 06/24/2024) |
| 06/24/2024 | 51 | CERTIFICATE OF SERVICE by Capstone Studios Corp., Millennium Funding, Inc., Voltage Holdings, LLC re 50 Notice of Appeal, (Culpepper, Kerry) (Entered: 06/24/2024) |
| 06/27/2024 | 52 | USCA Case Number 24-3978 for 50 Notice of Appeal, filed by Capstone Studios Corp. (jni) (Entered: 06/27/2024) |
| 06/27/2024 | 53 | USCA TIME SCHEDULE ORDER as to 50 Notice of Appeal, filed by Capstone Studios Corp.; USCA No. 24-3978. (jni) (Entered: 06/27/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/27/2024 14:52:26 | | | |
| **PACER Login:** | clerkshi | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-00426-JMS-WRP |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |