CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:    kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC,
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In re Subpoena | ) | **Case No.:** 1:23-cv-00426-JMS-WRP |
| --- | --- | --- |
|  | ) | (Copyright) |
| Internet subscribers of Cox | ) |  |
| Communications, LLC and CoxCom | ) | CERTIFICATE THAT NO |
| LLC | ) | TRANSCRIPT WILL BE |
|  | ) | ORDERED; CERTIFICATE OF |
|  | ) | SERVICE |
|  | ) |  |
|  | ) |  |
|  | ) |  |

<u>CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED</u>

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure and Circuit Rule 10-3.1(a), Petitioner/Appellant Capstone Studios Corp. submits that no transcript will be ordered.

The Orders from which Appellant seeks relief were made based upon the pleadings and papers in this case without hearings. Accordingly, no transcripts have been recorded in this case.

DATED: Kailua-Kona, Hawaii, June 29, 2024.

                        CULPEPPER IP, LLLC

                        /s/ Kerry S. Culpepper
                        Kerry S. Culpepper

                        Attorney for Petitioners