CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Petitioners
Voltage Holdings, LLC,
Millennium Funding, Inc., and
Capstone Studios Corp.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena ) | **Case No.:** 1:23-cv-00426-JMS-WRP |
| ) | (Copyright) |
| Internet subscribers of Cox ) | |
| Communications, LLC and CoxCom ) | CERTIFICATE OF SERVICE |
| LLC ) | |
| ) | |
| ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>June 29, 2024</u> and by the methods of

service noted below, a true and correct copy of the foregoing served to the following:

<u>Via ECF</u>
JOACHIM P. COX
ABIGAIL M. HOLDEN
JENNIFER A. GOLINVEAUX (pro hac vice forthcoming)
THOMAS J. KEARNEY (pro hac vice forthcoming)
Attorneys for nonparty for CoxCom LLC
251 Little Falls Drive

1

20-023Ga

Wilmington, DE 19808

<u>Via First Class Mail</u>
*Service per Rule 5(b)(2)(D)*
John Doe
c/o Clerk of Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

DATED: Kailua-Kona, Hawaii, June 29, 2024.

        CULPEPPER IP, LLLC

        /s/ Kerry S. Culpepper
        <u>Kerry S. Culpepper</u>

Attorney for Petitioners
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:  kculpepper@culpepperip.com
Attorney for Petitioners

2

20-023Ga